**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

BIAX CORPORATION,

        Plaintiff,

   v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION,
and RICOH COMPANY, LTD.,

        Defendants.

**NOTICE OF RELATED CASE**

Pursuant to Rules 3.2 and 7.5 of the Local Rules of Practice of the United States District Court for the District of Colorado, plaintiff Biax Corporation, hereby provides notice of the following:

1.    Biax Corporation's complaint in this case alleges patent infringement of two United States Patents, #5,517,628 and #6,253,313.

2. In a different case pending in the District of Colorado, Biax Corporation also alleges that other defendants (not named in this action) infringe these two patents.  That case is entitled, *BIAX Corporation v. NVIDIA Corporation et al,* Case No. 09-cv-01257-PAB –MEH.

3. Rule 7.5 of the Local Rules of Practice of the United States District Court for the District of Colorado provides that a party to a case must file a notice identifying all cases pending in this or any other federal, state, or foreign jurisdiction that reasonably may be related to the case.  "Related" cases are defined as "cases that have at least one party in common and that have common questions of law and fact."

4. Because Biax Corporation is the plaintiff in both cases, and the same patents are alleged to be infringed by different parties, this case reasonably may be related to the earlier case.

Respectfully submitted this 13th day of December, 2010.

> *s/Natalie Hanlon-Leh*
> Natalie Hanlon-Leh
> Mary V. Sooter
> Faegre & Benson LLP
> 3200 Wells Fargo Center
> 1700 Lincoln Street
> Denver, Colorado 80203
> Telephone:  (303) 607-3500
> Facsimile:  (303) 607-3600
> E-Mail: nhanlonleh@faegre.com
> msooter@faegre.com