IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-03013-WYD-KMT

BIAX CORPORATION,

 Plaintiff,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION,
AND RICOH COMPANY, LTD.,

 Defendants.

## ORDER OF RECUSAL

 This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson LLP, counsel for Plaintiff BIAX Corporation.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

 ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

 Dated:  December 16, 2010

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Chief United States District Judge