# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

LEWIS T. BABCOCK
Judge

303-844-2527

December 20, 2010

## MEMORANDUM

TO: Greg Langham, Clerk

FROM: Judge Babcock       s/LTB

RE: Civil Action No. 10-cv-03013-LTB-KLM
BIAX Corporation v. Motorola, Inc., et al.

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/dh