**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-03013-PAB

BIAX CORPORATION,

        Plaintiff,

   v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION,
and RICOH COMPANY, LTD.,

        Defendants.

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Edward J. Naidich, of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, hereby enters his appearance as counsel for Plaintiff BIAX Corporation in this matter.

Respectfully submitted this 22nd day of December, 2010.

 s/ Edward J. Naidich
*Edward J. Naidich*
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Telephone: 202.408.4365
Facsimile: 202.408.4400
E-mail: ed.naidich@finnegan.com

Attorneys for Plaintiff
BIAX Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2010, I electronically filed the foregoing Notice of Appearance for Edward J. Naidich with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed or served the documents or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

By First Class Mail:

Motorola, Inc.
    A. Peter Lawson
    General Counsel
    Motorola, Inc.
    1303 East Algonquin Road
    Schaumburg, IL 60196

Hewlett-Packard Company
    Rick L. Rambo
    Morgan, Lewis, & Brokius LLP
    1000 Louisiana Street
    Suite 4200
    Houston, TX 77002
    counsel for Hewlett Packard Company

Cisco Systems, Inc.
    Bill Silverio
    Senior Corporate counsel
    Cisco System, Inc.
    5030 Sugarloaf Parkway
    Lawrenceville, GA 30044

Canon U.S.A., Inc.
    Seymour Liebman
    General Counsel
    Canon U.S.A., Inc.
    One Canon Plaza, Lake Success, New York 11042

Canon, Inc.
    via Canon U.S.A., Inc.
    Seymour Liebman
    General Counsel
    Canon U.S.A., Inc.
    One Canon Plaza, Lake Success, New York 11042

Brother International Corporation
    Corporation Service Company
    2711 Centerville Road, Ste 400,
    Wilmington, Delaware, 19808

Brother Industries, Ltd.
    via Brother International Corporation's agent
    Corporation Service Company
    2711 Centerville Road, Ste 400,
    Wilmington, Delaware, 19808

Ricoh Americas Corporation,
    Mark Hershey
    General Counsel
    5 Dedrick Place
    West Caldwell, New Jersey 07006

and Richo Company, Ltd.
    via Ricoh Americas Corporation
    Mark Hershey
    General Counsel
    5 Dedrick Place
    West Caldwell, New Jersey 07006

By:    s/ Bonita I. Ford_____
    Bonita Ford
    FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
    901 New York Avenue, N.W.
    Washington, D.C.  20001-4413
    Telephone:  (202) 408-4000
    E-mail: Bonita.Ford@finnegan.com