**IN THE UNITED STATES DISTRICT COURT
FOR THE COLORADO**

Civil Action No. 1:10-cv-03013- PAB

BIAX CORPORATION,

        Plaintiff,

    v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION,
and RICOH COMPANY, LTD.,

        Defendants.

---

**PLAINTIFF BIAX CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE 7.1**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff BIAX Corporation through its attorneys, declares that there is no parent corporation or publicly held corporation directly or indirectly owning 10% or more of Plaintiff's stock.

Dated: December 22, 2010

        Respectfully submitted,

        s/ Joseph E. Palys
        Joseph E. Palys
        FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, LLP
        11955 Freedom Drive
        Reston, VA 20190

Telephone: 571.203.2700
Facsimile: 202.408.4400
E-mail: Joseph.palys@finnegan.com

Edward J. Naidich
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Telephone: 202.408.4365
Facsimile: 202.408.4400
E-mail: ed.naidich@finnegan.com


Attorneys for Plaintiff
BIAX Corporation