## UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF COLORADO

**BIAX CORPORATION,**

    Plaintiff(s),

vs.

**MOTOROLA, INC., ET AL.,**

    Defendant(s).

Case No.: 10-CV-03013

**AFFIDAVIT OF SERVICE**

Received by **D. M. PROFESSIONAL SERVICES** on 12/15/2010 at 11:48 AM to be served upon:

**BROTHER INTERNATIONAL CORPORATION**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX    ss.

I, ADAM GOLDEN, depose and say that:

On **12/15/2010** at **3:55 PM**, I SERVED the within **SUMMONS & COMPLAINT FOR PATENT INFRINGEMENT; EXHIBITS A-E; CIVIL ACTION COVER SHEET; NOTICE OF RELATED CASE** on **BROTHER INTERNATIONAL CORPORATION** at **2711 CENTERVILLE RD, STE 400 CORPORATION SERVICE COMPANY, Wilmington, DE 19808** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **PAUL MATTHEWS, ASST. SECRETARY** So served and authorized to accept service.

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this _22_ day of _December_, 20_10_.

Signed and sworn to before me on this _22_ day of _Dec_, 20 _10_.

_Notary Public_

(Notary Seal: MY COMMISSION EXPIRES JULY 9, 2012, NOTARY PUBLIC STATE OF DELAWARE)

X _/s/ Adam Golden_
**ADAM GOLDEN**
D. M. PROFESSIONAL SERVICES
5 ORCHARD LANE
WILMINGTON, DE 19809
302-792-9695

Law Firm: FAEGRE & BENSON
Atty File#: - Our File#: 11241

*11241*