## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-03013- PAB

BIAX CORPORATION,

        Plaintiff,

    v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION,
and RICOH COMPANY, LTD.,

        Defendants.

---

### PLAINTIFF BIAX CORPORATION'S AGREED MOTION TO EXTEND THE DEADLINE FOR DEFENDANT CISCO SYSTEMS, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

---

Plaintiff BIAX Corporation ("BIAX") and Defendant Cisco Systems, Inc. ("Cisco") by and through BIAX's counsel of record, respectfully move the Court for an extension of time for Cisco to respond to BIAX's Complaint, and in support thereof state as follows:

    1.    BIAX served its Complaint on Cisco on December 14, 2010.  Cisco's current deadline for responding to the Complaint is January 4, 2011.

2.	Pursuant to D.C. Colo. LR 7.1A, Cisco conferred with Plaintiff's counsel regarding obtaining an extension of time to respond to the Complaint.  Plaintiff has agreed to an extension of the response date to February 4, 2011.

3.	Obtaining an extension of time would allow Cisco to retain local counsel and consider its response to BIAX's complaint.

4.	No extension of time has been requested or granted for Defendant Cisco prior to this motion.

WHEREFORE, Plaintiff BIAX and Defendant Cisco respectfully request an extension of time until February 4, 2011 for Cisco to file its response to the Complaint.

Respectfully submitted this 29th day of December, 2010.

 s/ Joseph E. Palys
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Joseph E. Palys
11955 Freedom Drive
Reston, VA 20190
Telephone: 571.203.2700
Facsimile: 202.408.4400
E-mail: Joseph.palys@finnegan.com

Attorneys for Plaintiff
BIAX Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2010, I electronically filed the foregoing PLAINTIFF BIAX CORPORATION'S AGREED MOTION TO EXTEND THE DEADLINE FOR DEFENDANT CISCO SYSTEMS, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed or served the documents or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, electronic mail etc.) indicated by the non-participant's name:

By First Class Mail:

Motorola, Inc.
    A. Peter Lawson
    General Counsel
    Motorola, Inc.
    1303 East Algonquin Road
    Schaumburg, IL 60196

Hewlett-Packard Company
    Rick L. Rambo
    Morgan, Lewis, & Brokius LLP
    1000 Louisiana Street
    Suite 4200
    Houston, TX 77002
    rrambo@morganlewis.com
    counsel for Hewlett Packard Company

Cisco Systems, Inc. (via email)
    Bill Silverio
    Senior Corporate counsel
    Cisco System, Inc.
    5030 Sugarloaf Parkway
    Lawrenceville, GA 30044
    bsilveri@cisco.com

Canon U.S.A., Inc.
    Seymour Liebman
    General Counsel
    Canon U.S.A., Inc.
    One Canon Plaza, Lake Success, New York 11042

Canon, Inc.
    via Canon U.S.A., Inc.

    Seymour Liebman  
    General Counsel  
    Canon U.S.A., Inc.  
    One Canon Plaza, Lake Success, New York 11042

Brother International Corporation  (via email)  
    Kurt Pankratz  
    Baker Botts LLP  
    2001 Ross Avenue  
    Dallas, Texas 75201  
    kurt.pankratz@bakerbotts.com  
    counsel for Brother International Corporation

Brother Industries, Ltd.  (via email)  
    Kurt Pankratz  
    Baker Botts LLP  
    2001 Ross Avenue  
    Dallas, Texas 75201  
    kurt.pankratz@bakerbotts.com  
    counsel for Brother Industries, Ltd.

Ricoh Americas Corporation,  
    Mark Hershey  
    General Counsel  
    5 Dedrick Place  
    West Caldwell, New Jersey 07006

and Ricoh Company, Ltd.  
    via Ricoh Americas Corporation  
    Mark Hershey  
    General Counsel  
    5 Dedrick Place  
    West Caldwell, New Jersey 07006

                                                               By:     s/ Bonita I. Ford_____  
                                                                       Bonita I. Ford  
                                                                       FINNEGAN, HENDERSON, FARABOW,  
                                                                        GARRETT & DUNNER, L.L.P.  
                                                                       901 New York Avenue, N.W.  
                                                                       Washington, D.C.  20001-4413  
                                                                       Telephone:  (202) 408-4000  
                                                                       E-mail: Bonita.Ford@finnegan.com