IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on counsels' **Unopposed Motion to Withdraw as Counsel for Plaintiff** [Docket No. 16; Filed December 22, 2010] ("Motion No. 16") and Defendants Ricoh Americas Corporation and Ricoh Company, LTD's ("Ricoh Defendants") **Unopposed Motion by [Ricoh Defendants] for Extension of Time to Answer or Otherwise Respond to the Complaint** [Docket No. 22; Filed December 30, 2010] ("Motion No. 22").

    IT IS HEREBY **ORDERED** that Motion No. 16 is **GRANTED**. Attorneys Natalie Hanlon-Leh and Mary V. Sooter are relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk is instructed to terminate them as counsel of record, and to remove their names from the electronic certificate of mailing.

    IT IS HEREBY **ORDERED** that Motion No. 22 is **GRANTED**. Ricoh Defendants shall answer or otherwise respond to the Complaint [Docket No. 1] on or before **April 4, 2011**.

    Dated: January 3, 2011