**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-03013-PAB-KLM

**BIAX CORPORATION**

       Plaintiff,

v.

**MOTOROLA, INC.,**
**HEWLETT-PACKARD COMPANY,**
**CISCO SYSTEMS, INC.,**
**CANON U.S.A., INC.,**
**CANON, INC.,**
**BROTHER INTERNATIONAL CORPORATION,**
**BROTHER INDUSTRIES, LTD.,**
**RICOH AMERICAS CORPORATION,**
**and RICOH COMPANY, LTD.,**

       Defendants.

---

**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT MOTOROLA, INC. TO ANSWER, RESPOND OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

---

Plaintiff BIAX Corporation ("BIAX") and Defendant Motorola, Inc. ("Motorola") by and through their undersigned counsel, respectfully stipulate and move the Court for an extension of time for Motorola to answer, respond or otherwise plead to BIAX's Complaint, and in support thereof state as follows:

1. BIAX served its Complaint on Motorola on December 14, 2010. Motorola's current deadline for responding to the Complaint is January 4, 2011.

2. Pursuant to D.C. Colo. LR 7.1A, counsel for Motorola, Peter Gergely conferred with Plaintiff's counsel, Edward Naidich by telephone on January 3, 2011 regarding obtaining an extension of time to answer, respond or otherwise plead to the Complaint. Plaintiff has agreed to an extension of the deadline to answer, respond or otherwise please to the Complaint to February 4, 2011.

3. Given that the Complaint was served just before the holiday season, obtaining an extension of time would allow Motorola additional, necessary time to consider its response to BIAX's Complaint.

4. No extension of time has been requested or granted for Defendant Motorola prior to this motion.

WHEREFORE, Plaintiff BIAX and Defendant Motorola respectfully request an extension of time until February 4, 2011 for Motorola to answer, respond or otherwise plead to the Complaint.

Respectfully submitted this 3rd day of January, 2011.

Respectfully submitted,

*s/ Peter A. Gergely*
Peter A. Gergely
Kirstin Stoll-DeBell
Merchant & Gould, PC
1050 17th Street, Suite 1500
Denver, Colorado 80265
Telephone: 303-357-1670
Fax: 303-357-1671
E-mail:pgergely@merchantgould.com
kstoll@merchantgould.com

**ATTORNEYS FOR DEFENDANT MOTOROLA, INC.**

Case 1:10-cv-03013-PAB -KLM   Document 26   Filed 01/03/11   USDC Colorado   Page 3 of 3

*s/ Edward J. Naidich*
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Edward J. Naidich
11955 Freedom Drive
Reston, VA  20190
Telephone:  571-203-2700
Fax:  202-408-4400
E-mail: ed.naidich@finnegan.com

**ATTORNEYS FOR PLAINTIFF
BIAX CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Edward J. Naidich | ed.naidich@finnegan.com |
| Joseph E. Palys | joseph.palys@finnegan.com |
| Bruce A. Featherstone | bfeatherstone@featherstonelaw.com |

The undersigned hereby certifies that on January 3, 2011 the foregoing was sent electronically to the following attorneys at Motorola, Inc. responsible for this case:

| | |
|---|---|
| Molly Peck | molly.peck@motorola.com |
| Tom Miller | tvmiller@motorola.com |

*s/ Kristina N. Kehoe*
Kristina N. Kehoe

3