IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Extension of Time for Defendant Motorola, Inc. to Answer, Respond or Otherwise Plead to Plaintiff's Complaint for Patent Infringement** [Docket No. 26; Filed January 3, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendant Motorola, Inc. shall answer or otherwise respond to the Complaint [Docket No. 1] on or before **February 4, 2011**.

    Dated:  January 4, 2011