IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| BIAX CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:10-CV-3013-PAB-KLM |
| | § | |
| MOTOROLA, INC., ET AL. | § | |
| | § | |
| Defendants. | § | |
| | § | |

**NOTICE OF ATTORNEY APPEARANCE BY RICK L. RAMBO**

Defendant Hewlett-Packard Company ("HP") files this notice of attorney appearance and hereby notifies the Court and all parties of record that Rick L. Rambo is appearing as counsel for HP in the above-referenced matter.

Dated:  January 4, 2011

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

_____/s/ Rick L. Rambo_____
Rick L. Rambo
Colorado Bar No. 29257
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5175 Telephone
713.890.5001 Facsimile
rrambo@morganlewis.com

ATTORNEY FOR DEFENDANT
HEWLETT-PACKARD COMPANY

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF system on January 4, 2011.

_/s/ Rick L. Rambo_
Rick L. Rambo