**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-CV-03013-PAB-KLM

BIAX CORPORATION,

        Plaintiff,

    v.

MOTOROLA, INC.,
HEWLETT PACKARD CO.,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION
and RICOH COMPANY, LTD.

---

**PLAINTIFF BIAX CORPORATION'S AGREED MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS BROTHER INTERNATIONAL CORPORATION AND BROTHER INDUSTRIES, LTD. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

---

Plaintiff BIAX Corporation ("BIAX") and Defendants Brother International Corporation ("BIC") and Brother Industries, Ltd. ("BIL") (BIC and BIL collectively referred to as "Brother") by and through BIAX's counsel of record, respectfully move the Court for an extension of time for BIC and BIL to respond to BIAX's Complaint, and in support thereof state as follows:

1. BIAX served its Complaint on BIC on December 15, 2010. BIC's current deadline for responding to the Complaint is January 5, 2011.

2. BIAX has not yet served BIL, which is a Japanese company headquartered in Japan. Service of process on a Japanese company located outside the United States is a potentially time-consuming and burdensome process.

3. Pursuant to D.C. Colo. LR 7.1A, Brother's counsel (Kurt M. Pankratz of BAKER BOTTS L.L.P., 2001 Ross Avenue, Dallas, TX 75201) conferred with BIAX's counsel to obtain an extension of time to respond to the Complaint. Through their respective counsel, BIAX and Brother have agreed that both BIC and BIL would have to and including April 4, 2011, to respond to the Complaint. In exchange for an extension in the answer date, BIL would accept service of the summons and complaint through BIL's counsel, reserving all defenses. BIL and BIAX have agreed to a form of waiver of service.

4. Based on the agreement, BIAX's counsel moves the Court to grant the requested extension as part of the overall resolution. Although 90 days is a longer extension than is regularly sought in civil cases, the undersigned understands that extensions of this duration are common for foreign defendants in patent cases. Moreover, Brother requests the extension to allow Brother to retain local counsel and properly prepare to file a response and defend the lawsuit.

5. It is appropriate to have a common response date for BIC and BIL because BIAX makes common allegations against both BIC and BIL and they will be represented by common counsel.

6. BIAX will benefit from the agreement because it avoids the costly and inconvenient process of serving a Japanese company, and provides a date certain for a response by the Japanese company.

7. The Court will benefit from the arrangement because it receives the certainty of a timely appearance and response date for a Japanese company. Further, because

       this case was just recently filed, the proposed response date will not interfere with the progress of the litigation.

8. No extension of time has been requested or granted for Defendants BIC and BIL prior to this motion.

WHEREFORE, Plaintiff BIAX and Defendants Brother International Corporation and Brother Industries, Ltd. respectfully request that the Court enter an order extending BIC's and BIL's deadline to answer or otherwise respond to the Complaint to and including April 4, 2011.

Respectfully submitted this 5th day of January, 2011.

       */s/Edward J. Naidich*
       FINNEGAN, HENDERSON FARABOW,
       GARRETT & DUNNER, LLP
       Edward J. Naidich
       901 New York Ave., N.W.
       Washington, D.C. 20001-4413
       Telephone: 202.408.4365
       Facsimile: 202.408.4400
       Email: ed.naidich@ finnegan.com

       Joseph E. Palys
       11955 Freedom Drive
       Reston, VA 20190
       Telephone: 571.203.2700
       Facsimile: 202.408.4400
       Email: Joseph.palys@ finnegan.com

       **ATTORNEYS FOR PLAINTIFF BIAX CORPORATION**

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on January 5, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brother International Corporation and
Brother Industries, Ltd.
 (via email)
       Kurt Pankratz
       Baker Botts LLP
       2001 Ross Avenue
       Dallas, Texas 75201
       kurt.pankratz@bakerbotts.com
       counsel for Brother International Corporation

                                              */s/ Bonita I. Ford*
                                              Bonita I. Ford
                                              FINNEGAN, HENDERSON FARABOW,
                                              GARRETT & DUNNER, LLP
                                              901 New York Avenue, N.W.
                                              Washington, D.C. 20001-4413
                                              Telephone: 202.216.5134
                                              Email: Bonita.Ford@finnegan.com