IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff Biax Corporation's Agreed Motion to Extend the Deadline for Defendants Brother International Corporation and Brother Industries, Ltd. ["Brother Defendants"] to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement** [Docket No. 35; Filed January 5, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Brother Defendants shall answer or otherwise respond to the Complaint [Docket No. 1] on or before **April 4, 2011**.

    Dated:  January 5, 2011