## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 10-CV-03013

BIAX CORPORATION,

v.    PLAINTIFF,

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

DEFENDANTS

**SUMMONS**

To the above named Defendant: BROTHER INTERNATIONAL CORPORATION

You are hereby summoned and required to serve upon Natalie Hanlon-Leh and Mary V. Sooter,

plaintiff's attorneys, whose address is: Faegre & Benson, LLP, 1700 Lincoln Street, Suite 3200, Denver, CO 80203-4532

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 21 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____ Deputy Clerk
(Seal of the Court)

Date: 12/14/10

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| NAME OF SERVER: Adam Golden | TITLE: SPS |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

☒ Other (specify): served Brother International Corp. via Reg. Agent CSC 2711 Centerville Rd, Ste 400, Wilmington, DE 19808 on 12/15/10 @ 3:55PM on Paul Matthews (Asst. Secretary)

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 12-16-2010
Date

Signature of Server

Address of Server: D. M. Professional Services
5 Orchard Lane
Wilmington, DE 19809