**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-03013-PAB-KLM

BIAX CORPORATION,

        Plaintiff,

  v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

        Defendants.

## ENTRY OF APPEARANCE OF SCOTT M. BROWNING, ESQ.

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel of record for Plaintiff Biax Corporation.

Respectfully submitted this 13th day of January, 2011.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Scott M. Browning*
Scott M. Browning, Esq., Atty. Reg. No. 23118
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO  80202-5855
Tel:     303-623-9000
Fax:    303-623-9222
e-mail: sbrowning@rothgerber.com

*Attorneys for Plaintiff Biax Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2011, a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF SCOTT M. BROWNING, ESQ.** was filed electronically with the Court, utilizing the CM/ECF system, which automatically caused electronic service of same upon the following:

Edward Joel Naidich, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner-DC
901 New York Avenue NW
Washington, DC  20001
ed.naidich@finnegan.com

Joseph Edwin Palys, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner-Reston
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
joseph.palys@finnegan.com

Peter A. Gergely, Esq.
Merchant & Gould, PC-Denver
1050 17th Street, #1950
Denver, CO  80265-0100
pgergely@merchantgould.com

Rick L. Rambo, Esq.
Morgan Lewis & Bockius, LLP-Houston
1000 Louisiana Street, Suite 4000
Houston, TX  77002
rrambo@morganlewis.com

Roger P. Thomasch, Esq.
Ballard Spahr, LLP-Denver
1225 Seventeenth Street, #2300
Denver, CO  80202-5596
thomasch@ballardspahr.com

Bruce A. Featherstone, Esq.
Featherstone Petrie DeSisto, LLP
600 17th Street, #2400 South
Denver CO  80202-5424
bfeatherstone@featherstonelaw.com

                                            ROTHGERBER JOHNSON & LYONS LLP

                                            *s/ Scott M. Browning*
                                            Scott M. Browning, Esq., Atty. Reg. No. 23118
                                            One Tabor Center, Suite 3000
                                            1200 17th Street
                                            Denver, CO  80202-5855
                                            Tel:     (303) 623-9000
                                            Fax:    (303) 623-9222
                                            e-mail: sbrowning@rothgerber.com

                                            *Attorneys for Plaintiff Biax Corporation*