**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-03013-PAB-KLM

BIAX CORPORATION,

        Plaintiff,

    v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION,
and RICOH COMPANY, LTD.,

        Defendants.

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that E. Robert Yoches, of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, hereby enters his appearance as counsel for Plaintiff BIAX Corporation in this matter.

Respectfully submitted this 14th day of January, 2011.

 s/ E. Robert Yoches
*E. Robert Yoches*
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Telephone: 202.408.4039
Facsimile: 202.408.4400
E-mail: bob.yoches@finnegan.com

Attorneys for Plaintiff
BIAX Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on January 14th, 2011, I electronically filed the foregoing Notice of Appearance for E. Robert Yoches with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed or served the documents or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:

Cisco Systems, Inc.
(via email)
    Bill Silverio
    Senior Corporate counsel
    Cisco System, Inc.
    5030 Sugarloaf Parkway
    Lawrenceville, GA 30044
    bsilveri@cisco.com

Brother International Corporation and
Brother Industries, Ltd.
(via email)
    Kurt Pankratz
    Baker Botts LLP
    2001 Ross Avenue
    Dallas, Texas 75201
    kurt.pankratz@bakerbotts.com

        By:    s/ Jacob T. Mersing_____
                  Jacob T. Mersing
                  FINNEGAN, HENDERSON, FARABOW,
                    GARRETT & DUNNER, L.L.P.
                  901 New York Avenue, N.W.
                  Washington, D.C.  20001-4413
                  Telephone:  202. 216.5121
                  Facsimile: 202.408.4400
                  E-mail: jacob.mersing@finnegan.com