**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-CV-03013-PAB

BIAX CORPORATION,

        Plaintiff,

    v.

MOTOROLA, INC.,
HEWLETT PACKARD CO.,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION
and RICOH COMPANY, LTD.

---

**WAIVER OF PERSONAL SERVICE OF COMPLAINT**

---

The undersigned states as follows:

1. I am an attorney licensed to practice law in the State of Texas and have been engaged as counsel for Brother Industries, Ltd., a named defendant in the captioned action, for the purposes of arranging an extension of time for Brother Industries, Ltd. to respond to the Complaint in this matter and for accepting service of the summons and complaint on its behalf.

2. Plaintiff and Brother Industries, Ltd., through their respective attorneys, have made an agreement whereby Brother Industries, Ltd. will accept service through its Undersigned attorney in consideration for an extension of time to respond to the Complaint to and including April 4, 2011, on behalf of both named Brother defendants. Accordingly, on

behalf of Brother Industries, Ltd., I acknowledge receipt of a copy of a summons directed to Brother Industries, Ltd. and the "Complaint for Patent Infringement" filed by BIAX Corporation on December 13, 2010. I am authorized to and hereby accept service of said summons and complaint as of and effective on the date written below.

3. By this acceptance of service, Brother Industries, Ltd. waives personal service of the summons and complaint in this action pursuant to Fed. R. Civ. P. 4. This waiver applies to the fact and manner of service only and does not waive any right or objection to the content of the summons or complaint or any other Rule 12 or other defense. Pursuant to Fed. R. Civ. P. 4(d)(5), Brother Industries, Ltd. does not waive any objection to the venue or to the jurisdiction of the court over Brother Industries, Ltd.

Dated: January 4, 2011

By: _____
Printed Name: Kurt M. Pankratz

Attorney for Brother Industries, Ltd.