IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

       Plaintiff,

vs.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION, BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and RICOH COMPANY, LTD.,

       Defendants.

## ENTRY OF APPEARANCE

       PLEASE TAKE NOTICE that Jon Bernhardt, of Ballard Spahr LLP, enters his appearance in this case on behalf of Defendants Canon U.S.A., Inc. and Canon Inc.

       Dated this 25th day of January, 2011.

       Respectfully submitted,

       BALLARD SPAHR LLP

       By: _s/ Jon Bernhardt_
           Jon Bernhardt
       1225 17th Street, Suite 2300
       Denver, CO 80202
       Telephone: 303-299-7336
       Facsimile: 303-296-3956
       bernhardt@ballardspahr.com

       *Attorneys for Defendants*
       *Canon U.S.A., Inc. and Canon, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2011, the foregoing **ENTRY OF APPEARANCE OF JON BERNHARDT** was served via the CM/ECF electronic filing system, by sending notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Edward J. Naidich | ed.naidich@finnegan.com |
| Joseph E. Palys | joseph.palys@finnegan.com |
| Edward Robert Yoches | bob.yoches@finnegan.com |
| Jacob T. Mersing | jacob.mersing@finnegan.com |
| | |
| Bruce A. Featherstone | bfeatherstone@featherstonelaw.com |
| | |
| Charles Goldberg | cgoldberg@rothgerber.com |
| Scott Mark Browning | sbrowning@rothgerber.com |
| Trevor G. Bartel | tbartel@rothgerber.com |
| | |
| Peter A. Gergely | pgergely@merchantgould.com |
| | |
| Rick L. Rambo | rrambo@morganlewis.com |

*s/ Linda Winter*
Linda Winter