IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

vs.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.

## WAIVER OF PERSONAL SERVICE OF COMPLAINT

The undersigned states as follows:

1. I am an attorney licensed to practice law in the State of Colorado and have been engaged as counsel for Ricoh Company, Ltd. ("Ricoh Ltd"), a named defendant in the captioned action, for the purposes of arranging an extension of time for Ricoh Ltd to respond to the complaint in this matter and for accepting service of the summons and complaint on its behalf.

2. Plaintiff and Ricoh Ltd, through their respective attorneys, have made an agreement whereby Ricoh will accept service through its Undersigned attorney in consideration for an extension of time to respond to the Complaint to and including April 4, 2011, on behalf of both named Ricoh defendants. Accordingly, on behalf of Ricoh Ltd, I acknowledge receipt of a copy of a summons directed to Ricoh Ltd and the "Complaint for Patent Infringement" filed by BIAX Corporation on December 13, 2010. I am authorized to and hereby accept service of said summons and complaint as of and effective on the date written below.

3. By this acceptance of service, Ricoh Ltd waives personal service of the summons and complaint in this action pursuant to Fed. R. Civ. P. 4. This waiver applies

to the fact and manner of service only and does not waive any right or objection to the content of the summons or complaint or any other Rule 12 or other defense. Pursuant to Fed. R. Civ. P. 4(d)(5), Ricoh Ltd does not waive any objection to the venue or to the jurisdiction of the court over Ricoh Ltd.

Dated: January 24, 2011

By: _____

Printed Name:   Bruce A. Featherstone

Attorney for Ricoh Company, Ltd.