IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

       Plaintiff,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.

       Defendants.
_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

Kenneth H. Lyman, of the law firm of Hall & Evans, L.L.C., hereby enters his appearance as attorney for the defendant Motorola Solutions, Inc. f/k/a Motorola, Inc.

2

Dated this 28th day of January, 2011.

                                      Respectfully submitted,

                                      *s/ Kenneth H. Lyman*

                                      Kenneth H. Lyman
                                      HALL & EVANS, LLC
                                      1125 Seventeenth Street, Suite 600
                                      Denver, CO 80202-2052
                                      Phone:   (303) 628-3300
                                      Fax:       (303) 293-3231
                                      E-mail:   lymank@hallevans.com

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 28th day of January, 2011, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| *Attorneys for Plaintiff* *BIAX Corporation:* | *Attorneys for Plaintiff* *BIAX Corporation:* | *Attorneys for Plaintiff* *BIAX Corporation:* |
|---|---|---|
| Charles Goldberg, Esq. Scott M. Browning, Esq. Trevor G. Bartel, Esq. Rothgerber, Johnson & Lyons, LLP-Denver 1200 17th Street, Suite 3000 Denver, CO  80202-5855 Phone:  (303) 628-9000 Fax:      (303) 623-9222 Email:   cgoldberg@rothgerber.com             sbrowning@rothgerber.com             tbartel@rothgerber.com | Edward J. Naidich, Esq. Edward Robert Yoches, Esq. Finnegan, Henderson, Farabow, Garrett    & Dunner-DC 901 New York Avenue NW Washington, DC  20001 Phone:  (202) 408-4000 Fax:      (202) 408-4400 Email:   ed.naidich@finnegan.com             Bob.yoches@finnegan.com | Joseph Edwin Palys, Esq. Finnegan, Henderson, Farabow, Garrett    & Dunner-Reston Two Freedom Square 11955 Freedom Drive Reston, VA  20190-5675 Phone:  (571) 203-2700 Fax:      (202) 408-4400 Email:   joseph.palys@finnegan.com |
| *Attorneys for Defendant* *Brother Industries, Ltd.:* | *Attorneys for Defendants* *Canon U.S.A., Inc. and Canon, Inc.:* | *Attorneys for Defendant*  *Hewlett-Packard Company:* |
| Kurt M. Pankratz, Esq. Baker Botts, LLP-Dallas 2001 Ross Avenue, Suite 600 Dallas, TX  75201-2980 Phone:  (214) 953-6584 Fax:      (214) 661-4584 Email:   kurt.pankratz@bakerbotts.com | Jonathan Bernhardt, Esq. Roger P. Thomasch, Esq. Ballard Spahr, LLP-Denver 1225 Seventeenth Street, Suite 2300 Denver, CO  80202-5596 Phone:  (303) 292-2400 Fax:      (303) 296-3956 Email:   bernhardt@ballardspahr.com             thomasch@ballardspahr.com | Rick L. Rambo, Esq. Morgan, Lewis & Bockius, LLP-   Houston 1000 Louisiana Street, Suite 4000 Houston, TX  77002 Phone:  (713) 890-5175 Fax:      (713) 890-5001 Email:   rrambo@morganlewis.com |
| *Attorneys for Defendant* *Motorola Solutions, Inc.,  f/k/a Motorola, Inc.:* | *Attorneys for Defendants* *Ricoh Americas Corporation and Ricoh Company, Ltd.:* | |
| Peter A. Gergely, Esq. Merchant & Gould, PC-Denver 1050 17th Street, Suite 1950 Denver, CO  80265-0100 Phone:  (303) 357-1670 Fax:      (303) 357-1671 Email:   pgergely@merchantgould.com | Bruce A. Featherstone, Esq. Featherstone Petrie DeSisto, LLP 600 17th Street, #2400 South Denver, CO  80202-5424 Phone:  (303) 626-7125 Fax:      (303) 626-7101 Email: bfeatherstone@featherstonelaw.com | |

3

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

                                     s/ Therese Curtin, Secretary to
                                     Kenneth H. Lyman, Esq.
                                     Hall & Evans, L.L.C.
                                     1125 Seventeenth Street, Suite 600
                                     Denver, CO  80202-2052
                                     Phone No.:   303-628-3300
                                     Fax No.  :    303-293-3231
                                     E-mail:        lymank@hallevans.com

                                     Attorneys for Defendant
                                     Motorola Solutions, Inc.
                                     f/k/a Motorola, Inc.