IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03013-PAB-KLM

BIAX CORPORATION,

     Plaintiff,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendant Motorola, Inc.'s **Motion for an Additional Extension of Time to Answer or Otherwise Respond to the Complaint** [Docket No. 52; Filed January 28, 2011] ("Motion No. 52") and counsel for Defendant Motorola, Inc.'s **Unopposed Motion to Withdraw as Counsel for Defendant Motorola Solutions, Inc., f/k/a Motorola, Inc.** [Docket No. 53; Filed January 28, 2011] ("Motion No. 53").

     IT IS HEREBY **ORDERED** that Motion No. 52 is **GRANTED**.  Defendant Motorola, Inc. shall answer or otherwise respond to the Complaint [Docket No. 1] on or before **March 7, 2011**.

     IT IS FURTHER **ORDERED** that Motion No. 53 is **GRANTED**.  Attorney Peter A. Gergely is relieved of any further representation of Defendant Motorola, Inc. in the above-captioned matter.  The Clerk is instructed to terminate him as counsel of record, and to remove his name from the electronic certificate of mailing.

     Dated:  February 1, 2011