IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.

    Defendants.
_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

S. Jane Mitchell, of the law firm of Hall & Evans, L.L.C., hereby enters her appearance, (in addition to Kenneth H. Lyman), as attorney for the defendant Motorola Solutions, Inc. f/k/a Motorola, Inc.

Dated this 2nd day of February, 2011.

        Respectfully submitted,

*s/S. Jane Mitchell*

---

Kenneth H. Lyman
S. Jane Mitchell
HALL & EVANS, LLC
1125 Seventeenth Street, Suite 600
Denver, CO 80202-2052
Phone:  (303) 628-3300
Fax:     (303) 293-3231
E-mail:  lymank@hallevans.com
         mitchellj@hallevans.com

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 2nd day of February, 2011, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff BIAX Corporation:* <br><br> Charles Goldberg, Esq. <br> Scott M. Browning, Esq. <br> Trevor G. Bartel, Esq. <br> Rothgerber, Johnson & Lyons, LLP-Denver <br> 1200 17th Street, Suite 3000 <br> Denver, CO  80202-5855 <br> Phone:  (303) 628-9000 <br> Fax:      (303) 623-9222 <br> Email:   cgoldberg@rothgerber.com <br>              sbrowning@rothgerber.com <br>              tbartel@rothgerber.com | *Attorneys for Plaintiff BIAX Corporation:* <br><br> Edward J. Naidich, Esq. <br> Edward Robert Yoches, Esq. <br> Finnegan, Henderson, Farabow, Garrett & Dunner-DC <br> 901 New York Avenue NW <br> Washington, DC  20001 <br> Phone:  (202) 408-4000 <br> Fax:      (202) 408-4400 <br> Email:   ed.naidich@finnegan.com <br>              Bob.yoches@finnegan.com | *Attorneys for Plaintiff BIAX Corporation:* <br><br> Joseph Edwin Palys, Esq. <br> Finnegan, Henderson, Farabow, Garrett & Dunner-Reston <br> Two Freedom Square <br> 11955 Freedom Drive <br> Reston, VA  20190-5675 <br> Phone:  (571) 203-2700 <br> Fax:      (202) 408-4400 <br> Email:   joseph.palys@finnegan.com |
| *Attorneys for Defendant Brother Industries, Ltd.:* <br><br> Kurt M. Pankratz, Esq. <br> Baker Botts, LLP-Dallas <br> 2001 Ross Avenue, Suite 600 <br> Dallas, TX  75201-2980 <br> Phone:  (214) 953-6584 <br> Fax:      (214) 661-4584 <br> Email:   kurt.pankratz@bakerbotts.com | *Attorneys for Defendants Canon U.S.A., Inc. and Canon, Inc.:* <br><br> Jonathan Bernhardt, Esq. <br> Roger P. Thomasch, Esq. <br> Ballard Spahr, LLP-Denver <br> 1225 Seventeenth Street, Suite 2300 <br> Denver, CO  80202-5596 <br> Phone:  (303) 292-2400 <br> Fax:      (303) 296-3956 <br> Email:   bernhardt@ballardspahr.com <br>              thomasch@ballardspahr.com | *Attorneys for Defendant Hewlett-Packard Company:* <br><br> Rick L. Rambo, Esq. <br> Morgan, Lewis & Bockius, LLP-Houston <br> 1000 Louisiana Street, Suite 4000 <br> Houston, TX  77002 <br> Phone:  (713) 890-5175 <br> Fax:      (713) 890-5001 <br> Email:   rrambo@morganlewis.com |
| *Attorneys for Defendants Ricoh Americas Corporation and Ricoh Company, Ltd.:* <br><br> Bruce A. Featherstone, Esq. <br> Featherstone Petrie DeSisto, LLP <br> 600 17th Street, #2400 South <br> Denver, CO  80202-5424 <br> Phone:  (303) 626-7125 <br> Fax:      (303) 626-7101 <br> Email: <br> bfeatherstone@featherstonelaw.com | | |

4

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

    s/ Therese Curtin, Secretary to
Kenneth H. Lyman, Esq.
S. Jane Mitchell, Esq.
Hall & Evans, L.L.C.
1125 Seventeenth Street, Suite 600
Denver, CO  80202-2052
Phone No.:    303-628-3300
Fax No.  :     303-293-3231
E-mail:         lymank@hallevans.com
                mitchellj@hallevans.com

Attorneys for Defendant
Motorola Solutions, Inc.
f/k/a Motorola, Inc.