IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| BIAX CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| MOTOROLA, INC., HEWLETT-PACKARD COMPANY, CISCO SYSTEMS, INC., CANON U.S.A., INC., CANON, INC., BROTHER INTERNATIONAL CORPORATION, BROTHER INDUSTRIES, LTD., RICOH AMERICAS CORPORATION, and RICOH COMPANY, LTD., | § § § § § § § § § § § § | CIVIL ACTION NO. 1:10-cv-3013-PAB-KLM<br><br>JURY |
| Defendants. | § | |

**DEFENDANT HEWLETT-PACKARD COMPANY'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and D. C. Colo. LCivR 7.4, Defendant Hewlett-Packard Company provides this Corporate Disclosure Statement.

Hewlett-Packard Company is a publicly held corporation and has no parent corporation. No publicly held corporation owns 10% or more of Hewlett-Packard Company's stock.

- 2 -

| | |
|---|---|
| Dated: February 3, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| | */s/ Rick L. Rambo* |
| | Rick L. Rambo |
| | Texas Bar No. 00791479 |
| | Bar No. 29257 |
| | rrambo@morganlewis.com |
| | David J. Levy |
| | Texas Bar No. 12264850 |
| | dlevy@morganlewis.com |
| | Preetam Shingavi |
| | Texas Bar No. 24067865 |
| | pshingavi@morganlewis.com |
| | 1000 Louisiana Street, Suite 4000 |
| | Houston, Texas 77002 |
| | 713.890.5000 Telephone |
| | 713.890.5001 Facsimile |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | HEWLETT-PACKARD COMPANY |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel via electronic mail on February 3, 2011.

                                                         */s/ Rick L. Rambo*
                                                       Rick L. Rambo