**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.

**ENTRY OF APPEARANCE OF JOHN R. EDWARDS**

    PLEASE TAKE NOTICE that John R. Edwards, of Kirkland & Ellis LLP, enters his appearance in this case on behalf of Defendant Cisco Systems, Inc.

DATED:  February 3, 2011        Respectfully submitted,

        */s/  John R. Edwards*

        John R. Edwards
        KIRKLAND & ELLIS LLP
        950 Page Mill Road
        Palo Alto, CA 94304
        Telephone:  650 859-7000
        Facsimile:  650 859-7500
        john.edwards@kirkland.com

        *Attorney for Defendant Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2011, the foregoing **ENTRY OF APPEARANCE OF JOHN R. EDWARDS** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys who have been deemed to have consented to service via CM/ECF.

/s/  John R. Edwards