IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BIAX CORPORATION, § § Plaintiff, § § v. § § MOTOROLA, INC., § HEWLETT-PACKARD COMPANY, § CISCO SYSTEMS, INC., § CANON U.S.A., INC., § CANON, INC., § BROTHER INTERNATIONAL § CORPORATION, § BROTHER INDUSTRIES, LTD., § RICOH AMERICAS CORPORATION, § and RICOH COMPANY, LTD., § § Defendants. § | CIVIL ACTION NO. 1:10-cv-3013-PAB-KLM JURY |

## **NOTICE OF ATTORNEY APPEARANCE BY DAVID J. LEVY**

Defendant Hewlett-Packard Company ("HP") files this notice of attorney appearance and hereby notifies the Court and all parties of record that David J. Levy is appearing as counsel for HP in the above-referenced matter.

Dated: February 7, 2011

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ David J. Levy*
David J. Levy
State Bar No. 12264850
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5170 Telephone
713.890.5001 Facsimile
dlevy@morganlewis.com

ATTORNEY FOR DEFENDANT
HEWLETT-PACKARD COMPANY

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system on February 7, 2011.

*/s/ David J. Levy*
David J. Levy
