IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BIAX CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>MOTOROLA, INC.,<br>HEWLETT-PACKARD COMPANY,<br>CISCO SYSTEMS, INC.,<br>CANON U.S.A., INC.,<br>CANON, INC.,<br>BROTHER INTERNATIONAL CORPORATION,<br>BROTHER INDUSTRIES, LTD.,<br>RICOH AMERICAS CORPORATION,<br>and RICOH COMPANY, LTD.,<br><br>      Defendants. | §§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 1:10-cv-3013-PAB-KLM<br><br>JURY |

## NOTICE OF ATTORNEY APPEARANCE BY PREETAM A. SHINGAVI

Defendant Hewlett-Packard Company ("HP") files this notice of attorney appearance and hereby notifies the Court and all parties of record that Preetam A. Shingavi is appearing as counsel for HP in the above-referenced matter.

Dated:  February 7, 2011

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

      */s/ Preetam A. Shingavi*
Preetam A. Shingavi
State Bar No. 24067865
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5177 Telephone
713.890.5001 Facsimile
pshingavi@morganlewis.com

ATTORNEY FOR DEFENDANT
HEWLETT-PACKARD COMPANY

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system on February 7, 2011.

                                                 */s/ Preetam A. Shingavi*
                                                 Preetam A. Shingavi