IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-03013-PAB-KLM

BIAX CORPORATION,

      Plaintiff,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

      Defendants.

---

## WAIVER OF PERSONAL SERVICE OF COMPLAINT

---

The undersigned states as follows:

1. I am an attorney licensed to practice law in the State of Colorado and have been engaged as counsel for Canon, Inc., a named defendant in the captioned action, for the purposes of arranging an extension of time for Canon, Inc. to respond to the Complaint in this matter and for accepting service of the Summons and Complaint on its behalf.

2. Plaintiff and Canon, Inc., through their respective attorneys, have made an agreement whereby Canon, Inc. will accept service through its undersigned attorney in consideration for an extension of time to respond to the Complaint, to and including April 4, 2011, on behalf of both named Canon defendants. Accordingly, on behalf of Canon, Inc., I

acknowledge receipt of a copy of a Summons directed to Canon, Inc. and the "Complaint for Patent Infringement" filed by BIAX Corporation on December 13, 2010. I am authorized to and hereby accept service of said Summons and Complaint as of and effective on the date written below.

3. By this acceptance of service, Canon, Inc. waives personal service of the Summons and Complaint in this action pursuant to Fed. R. Civ. P. 4. This waiver applies to the fact and manner of service only, and does not waive any right or objection to the content of the Summons or Complaint, or any other Rule 12 or other defense. Pursuant to Fed. R. Civ. P 4(d)(5), Canon, Inc. does not waive any objection to the venue or to the jurisdiction of the Court over Canon, Inc.

Dated: _February 7_, 2011.

By: _____
　　Jon Bernhardt
　　Attorneys for Canon, Inc.