**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

       Plaintiff,

vs.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION, BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and RICOH COMPANY, LTD.,

       Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Rodger A. Sadler, of the law firm of Orrick, Herrington & Sutcliffe, LLP, hereby enters his appearance as counsel for Defendants Canon U.S.A., Inc. and Canon, Inc. in this matter.

DATED: February 24, 2011                    Respectfully submitted,

*s/ Rodger A. Sadler*
Rodger A. Sadler

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
51 West 52nd Street
New York, NY  10019-6142
Telephone: 212-506-5000
Facsimile: 212-506-5151
rsadler@orrick.com

*Attorneys for Defendants
Canon U.S.A., Inc. and Canon Inc.*

- 2-

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system on February 24, 2011.

*/s/Rodger A. Sadler*
Rodger A. Sadler