**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

        Plaintiff,

vs.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION, BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and RICOH COMPANY, LTD.,

        Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

        PLEASE TAKE NOTICE that Joseph A. Calvaruso, of the law firm of Orrick,

Herrington & Sutcliffe, LLP, hereby enters his appearance as counsel for Defendants Canon

U.S.A., Inc. and Canon, Inc. in this matter.

DATED: March 3, 2011        Respectfully submitted,


*s/ Joseph A. Calvaruso*
Joseph A. Calvaruso

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**

51 West 52nd Street
New York, NY  10019-6142
Telephone: 212-506-5000
Facsimile: 212-506-5151
jcalvaruso@orrick.com

*Attorneys for Defendants*
*Canon U.S.A., Inc. and Canon Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system on March 3, 2011.


*/s/Joseph A. Calvaruso*
Joseph A. Calvaruso