## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

vs.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.

---

**UNOPPOSED MOTION BY CISCO SYSTEMS, INC. FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Cisco Systems, Inc. ("Cisco") moves the Court for an order granting this defendant to and including April 4, 2011, to answer or otherwise respond to the Complaint.

### Certificate of Compliance with D.C.COLO.LCivR. 7.1(A)

The Undersigned Counsel conferred with Joseph Palys, Esq., one of plaintiff's attorneys of record, on March 3, 2011, about the relief sought by this Motion. Plaintiff does not oppose the requested extension.

### Grounds for Motion

    1.    Plaintiff commenced this action on December 13, 2010.

2. Plaintiff served its Complaint on Cisco on December 14, 2010. (Dkt. No. 8.) Cisco's current deadline for responding to the Complaint is March 7, 2011. (Dkt. No. 63.)

3. Cisco seeks to have until April 4, 2011, to permit additional time to file its response to the Complaint.

4. Cisco acknowledges that this motion presents a third request for extension. Its previous requests were granted. (Dkt. Nos. 21, 63.) Cisco notes that the current request seeks to have until April 4 to file a response, which is the date previously set for responses from the two Ricoh defendants, Motorola, the two Brothers defendants, and the two Canon defendants. (Dkt. Nos. 25, 36, 38, and 71.) If the relief is granted, the total extension of time given for Cisco's response (albeit as a result of three motions) will nevertheless be no different from the additional time given these other defendants.

5. The Court has set its Rule 16(b) conference for May 5, 2011. (Dkt. No. 24.) Party disclosures and other preconference obligations are not due until after the requested response date of April 4.

6. Granting the relief sought herein will not prejudice any party or the Court, and the further extension will not delay these proceedings.

7. Pursuant to D.C.Colo.LCivR 6.1(E), the Undersigned Counsel is simultaneously serving a copy of this motion on the Cisco representative.

WHEREFORE, Cisco Systems, Inc. moves the Court to enter an order extending to and including April 4, 2011, its deadline to answer or otherwise respond to the Complaint.

DATED:  March 4, 2011.              Respectfully submitted,

*s/ Bruce A. Featherstone*
Bruce A. Featherstone
**FEATHERSTONE PETRIE DESISTO LLP**
600 17th Street, Suite 2400S
Denver, Colorado  80202-5424
Telephone:  303-626-7100
Facsimile:  303-626-7101
bfeatherstone@featherstonelaw.com

-and-

John R. Edwards
**KIRKLAND & ELLIS LLP**
Telephone:   650-859-7000
Facsimile:  650-859-7500
950 Page Mill Road
Palo Alto, CA  94304
john.edwards@kirkland.com

*Attorneys for Defendant Cisco Systems, Inc..*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 4, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Edward J. Naidich | ed.naidich@finnegan.com |
| Joseph E. Palys | joseph.palys@finnegan.com |
| Rick L. Rambo | rrambo@morganlewis.com |
| Roger P. Thomasch | thomasch@ballardspahr.com |
| E. Robert Yoches | bob.yoches@finnegan.com |
| Charles Goldberg | cgoldberg@rothgerber.com |
| Scott M. Browning | sbrowning@rothgerber.com |
| Trevor G. Bartel | tbartel@rothgerber.com |
| Jon Bernhardt | bernhardt@ballardspahr.com |
| Kenneth H. Lyman | lymank@hallevans.com |
| S. Jane Mitchell | mitchellj@hallevans.com |
| John R. Edwards | john.edwards@kirkland.com |
| David J. Levy | dlevy@morganlewis.com |
| Preetam A. Shingavi | pshingavi@morganlewis.com |
| Rodger A. Sadler | rsadler@orrick.com |
| Joseph A. Calvaruso | jcalvaruso@orrick.com |

And sent via email to the following:

| | |
|---|---|
| Kurt M. Pankratz | kurt.pankratz@bakerbotts.com |

**Client:**

Bill Silverio                             bsilveri@cisco.com


                                *s/ Rose Cusack*
                                ————————————————
                                 Rose Cusack