IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BIAX CORPORATION, | Civil Action No. 1:10-cv-03013-PAB-KLM |
| Plaintiff, | |
| vs. | |
| MOTOROLA, INC.,<br>HEWLETT PACKARD COMPANY,<br>CISCO SYSTEMS, INC.,<br>CANON U.S.A., INC.,<br>CANON, INC.,<br>BROTHER INTERNATIONAL CORPORATION,<br>BROTHER INDUSTRIES, LTD.,<br>RICOH AMERICAS CORPORATION,<br>and RICOH COMPANY, LTD. | |
| Defendants. | |

## ENTRY OF APPEARANCE FOR DONALD DAYBELL

PLEASE TAKE NOTICE that Donald Daybell of Orrick, Herrington & Sutcliffe LLP enters his appearance in this case on behalf of Defendant Canon U.S.A., Inc. and Canon, Inc.

Dated: March 4, 2011                                  Respectfully submitted,


                                                      By:    /s/ Donald Daybell /s/
                                                         Donald Daybell
                                                         ORRICK, HERRINGTON & SUTCLIFFE, LLP
                                                         4 Park Plaza, Suite 1600
                                                         Irvine, CA  92614
                                                         Tel:   949-567-6700
                                                         Fax:  949-567-6710
                                                         Email: ddaybell@orrick.com

                                                      **ATTORNEYS FOR DEFENDANTS
                                                      CANON U.S.A., INC. AND CANON, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2011, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR DONALD DAYBELL** using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

Dated: March 4, 2011                                   /s/ Donald Daybell /s/
                                                                    Donald Daybell

OHS West:261102972.1