# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-03013-PAB -KLM

BIAX CORPORATION,
        *Plaintiff*,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.
        *Defendants*.

---

## CORPORATE DISCLOSURE STATEMENT FOR
## DEFENDANT BROTHER INDUSTRIES, LTD.

---

Defendant Brother Industries, Ltd. hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.  Brother Industries, Ltd. has no parent and there is no publicly held corporation that owns 10% or more of Brother Industries, Ltd.'s corporate stock.

Dated:  April 4, 2011.

Respectfully submitted,

REILLY POZNER LLP

By: */s/ Daniel M. Reilly*
    Daniel M. Reilly
    Jason M. Lynch
    Marisa B. Hudson-Arney
    REILLY POZNER LLP
    1900 Sixteenth Street, Suite 1700
    Denver, Colorado 80202
    Telephone: 303-893-6100
    dreilly@rplaw.com
    jlynch@rplaw.com
    mhudsonarney@rplaw.com
    ATTORNEYS FOR DEFENDANT
    Brother Industries, Ltd.

    David M. Schlitz
    District of Columbia Bar No. 333369
    BAKER BOTTS, L.L.P.
    The Warner
    1299 Pennsylvania Ave., NW
    Washington, DC 20004
    Telephone: 202-639-7700
    E-mail:david.schlitz@bakerbotts.com
    ATTORNEY FOR DEFENDANT
    Brother Industries, Ltd.

    Kurt M. Pankratz
    State of Texas Bar No. 24013291
    BAKER BOTTS, L.L.P.
    2001 Ross Avenue
    Dallas, Texas 75201-2980
    Telephone: 214-953-6500
    E-mail: kurt.pankratz@bakerbotts.com
    ATTORNEY FOR DEFENDANT
    Brother Industries, Ltd.

<u>Certificate of Service</u>

        I hereby certify that on April 4, 2010, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following e-mail addresses:

        Charles Goldberg
        Scott Mark Browning
        Trevor G. Bartel
        Rothgerber Johnson & Lyons
        cgoldberg@rothgerber.com
        sbrowning@rothgerber.com
        tbartel@rothgerber.com

        Edward Joel Naidich
        Edward Robert Yoches
        Joseph Edwin Palys
        Finnegan, Henderson, Farabow
        Ed.naidich@finnegan.com
        Bob.yoches@finnegan.com
        Joseph.palys@finnegan.com

        Natalie Marie Hanlon-Leh
        Faegre & Benson, LLP
        nhanlonleh@faegre.com

        Kenneth H. Lyman
        Sarah Jane Mitchell
        Hall & Evans
        lymank@hallevans.com
        mitchellj@hallevans.com

        Peter A. Gergely
        Merchant & Gould
        pgergely@merchantgould.com

        David Jack Levy
        Preetam Ashok Shingavi
        Rick L. Rambo
        Morgan Lewis & Bockius
        dlevy@morganlewis.com
        pshingavi@morganlewis.com
        rrambo@morganlewis.com

522340

Bruce A. Featherstone
Featherstone Petrie DeSisto
bfeatherstone@featherstonelaw.com

John R. Edwards
Kirkland & Ellis
John.edwards@kirkland.com

Donald E. Daybell
Joseph Anthony Calvaruso
Roger Andrew Sadler
Orrick, Herrington & Sutcliffe
ddaybell@orrick.com
jcalvaruso@orrick.com


Jonathan Bernhardt
Roger P. Thomasch
Ballard Spahr, LLP
berndardt@ballardspahr.com
thomasch@ballardspahr.com


Kurt Max Pankratz
Baker Botts, LLP
kurt.pankratz@bakerbotts.com

By: <u>/s/ <i>Ann Romanelli</i>_____</u>