# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-03013-PAB -KLM

BIAX Corporation,
    *Plaintiff*,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.
    *Defendants.*

## CORPORATE DISCLOSURE STATEMENT FOR
## DEFENDANT BROTHER INTERNATIONAL CORPORATION

Defendant Brother International Corporation hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Brother International Corporation is wholly owned by Brother Industries, Ltd.

522339

Dated: April 4, 2011.                                  Respectfully submitted,

                                                       REILLY POZNER LLP
                                                  By:  */s/ Daniel M. Reilly*
                                                       Daniel M. Reilly
                                                       Jason M. Lynch
                                                       Marisa B. Hudson-Arney
                                                       Reilly Pozner LLP
                                                       1900 Sixteenth Street, Suite 1700
                                                       Denver, Colorado 80202
                                                       Telephone: 303-893-6100
                                                       dreilly@rplaw.com
                                                       jlynch@rplaw.com
                                                       mhudsonarney@rplaw.com
                                                       ATTORNEYS FOR DEFENDANT
                                                       Brother International Corporation

                                                       David M. Schlitz
                                                       District of Columbia Bar No. 333369
                                                       BAKER BOTTS, L.L.P.
                                                       The Warner
                                                       1299 Pennsylvania Ave., NW
                                                       Washington, DC 20004
                                                       Telephone: 202-639-7700
                                                       E-mail:david.schlitz@bakerbotts.com
                                                       ATTORNEY FOR DEFENDANT
                                                       Brother International Corporation


                                                       Kurt M. Pankratz
                                                       State of Texas Bar No. 24013291
                                                       BAKER BOTTS, L.L.P.
                                                       2001 Ross Avenue
                                                       Dallas, Texas 75201-2980
                                                       Telephone: 214-953-6500
                                                       E-mail: kurt.pankratz@bakerbotts.com
                                                       ATTORNEY FOR DEFENDANT
                                                       Brother International Corporation

522339

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th Day of April, 2011, a true and correct copy of the CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT BROTHER INTERNATIONAL CORPORATION was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's ECF system.  In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

By: /s/ *Ann Romanelli*