**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-03013-PAB -KLM

BIAX CORPORATION,
    *Plaintiff*,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.
    *Defendants*.

## ENTRY OF APPEARANCE

The undersigned, Jason M. Lynch of Reilly Pozner LLP, hereby enters his appearance on behalf of Defendant Brother International Corporation in the above-captioned matter.

Dated: April 4, 2011        Respectfully submitted,

                                                      */s/ Jason M. Lynch*
                                                     Jason M. Lynch
                                                     REILLY POZNER LLP
                                                     1900 Sixteenth Street, Suite 1700
                                                     Denver, Colorado 80202
                                                     303-893-6100

                                                     *Attorney for Defendant Brother Industries, Ltd.*

- 1 -

522557

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th Day of April, 2011, a true and correct copy of the CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT BROTHER INTERNATIONAL CORPORATION was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system. In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

By: /s/ *Ann Romanelli*