**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.

**CORPORATE DISCLOSURE STATEMENT OF
CANON INC. AND CANON U.S.A., INC.**

In compliance with D.C.COLO.LCivR 7.4, defendants Canon Inc. and Canon U.S.A., Inc. state as follows:

Canon Inc. is a publicly traded corporation in Japan and has no parent corporation.

Canon U.S.A., Inc. is owned by Canon Inc. No publicly held entity other than Canon Inc. owns 10% or more of the stock of Canon U.S.A., Inc.

OHS EAST:160854076.1

Dated: April 4, 2011

Respectfully submitted,

By:     */s/ Donald E. Daybell*

    Joseph A. Calvaruso
    Rodger A. Sadler
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    51 West 52nd St.
    New York, NY 10019-6142
    Tel:   212-506-5000
    Fax:  212-506-5151
    Email:  jcalvaruso@orrick.com
    Email:  rsadler@orrick.com

    Donald E. Daybell
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
    Irvine, CA  92614-2558
    Tel:   949-567-6700
    Fax:  949-567-6710
    Email:  ddaybell@orrick.com

    Roger P. Thomasch
    Jon Bernhardt
    BALLARD SPAHR ANDREWS & INGERSOLL, LLP
    1225 17th Street, Suite 2300
    Denver, CO  80202
    Tel:   303-292-2400
    Fax:  303-296-3956
    Email:  thomasch@ballardspahr.com
    Email:  bernhardt@ballardspahr.com

    **ATTORNEYS FOR DEFENDANTS**
    **CANON INC. AND CANON U.S.A., INC.**

- 3-

### CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2011, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT OF CANON INC. AND CANON, U.S.A., INC. using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record who have consented to service via the CM/ECF system. Any other counsel of record were served via first class mail or e-mail by agreement.

Dated: April 4, 2011                               */s/Sally Hartwell*
                                                              Sally Hartwell