**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03013-PAB -KLM

BIAX CORPORATION,

    Plaintiff,

vs.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.

**DEFENDANT CISCO SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cisco Systems, Inc. makes the following disclosure statements:

1. Cisco Systems, Inc. has no parent corporation; and

2. There is no publicly held corporation that owns 10% or more of the stock of Cisco Systems, Inc.

DATED:  April 4, 2011.              Respectfully submitted,

*s/ Bruce A. Featherstone*
Bruce A. Featherstone
FEATHERSTONE PETRIE DESISTO LLP
600 17th Street, Suite 2400-S
Denver, Colorado  80202-5424
Telephone:  303-626-7100
Facsimile:  303-626-7101
bfeatherstone@featherstonelaw.com

-and-

John R. Edwards
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  650-859-7000
Facsimile:  650-859-7500
john.edwards@kirkland.com

*Attorneys for Defendant Cisco Systems, Inc..*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 4, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Edward J. Naidich | ed.naidich@finnegan.com |
| Joseph E. Palys | joseph.palys@finnegan.com |
| Rick L. Rambo | rrambo@morganlewis.com |
| Roger P. Thomasch | thomasch@ballardspahr.com |
| E. Robert Yoches | bob.yoches@finnegan.com |
| Charles Goldberg | cgoldberg@rothgerber.com |
| Scott M. Browning | sbrowning@rothgerber.com |
| Trevor G. Bartel | tbartel@rothgerber.com |
| Jon Bernhardt | bernhardt@ballardspahr.com |
| Kenneth H. Lyman | lymank@hallevans.com |
| S. Jane Mitchell | mitchellj@hallevans.com |
| John R. Edwards | john.edwards@kirkland.com |
| David J. Levy | dlevy@morganlewis.com |
| Preetam A. Shingavi | pshingavi@morganlewis.com |
| Rodger A. Sadler | rsadler@orrick.com |
| Joseph A. Calvaruso | jcalvaruso@orrick.com |
| Donald Daybell | ddaybell@orrick.com |
| Daniel M. Reilly | dreilly@rplaw.com |
| Jason M. Lynch | jlynch@rplaw.com |

And sent via email to the following:

Kurt M. Pankratz                         kurt.pankratz@bakerbotts.com


                                        *s/ Rose Cusack*
                                        Rose Cusack