# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-03013-PAB-KLM

BIAX CORPORATION,

        Plaintiff,

    v.

MOTOROLA, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION,
and RICOH COMPANY, LTD.,

        Defendants.

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Michael V. Young of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, hereby enters his appearance as counsel for Plaintiff BIAX Corporation in this matter.

Respectfully submitted this 5th day of April, 2011.

 s/ Michael V. Young
**Michael V. Young**
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Suite 800
Reston, VA 20190-5675
Telephone: 571-203-2788
Fax: 202-408-4400
Email: michael.young@finnegan.com

Attorney for Plaintiff
BIAX Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on April 5th, 2011, I electronically filed the foregoing **Notice of Entry of Appearance for Michael V. Young** with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

By:   s/ Bonita I. Ford__ _____
      Bonita I. Ford
      FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
      901 New York Avenue, N.W.
      Washington, D.C.  20001-4413
      Telephone:  202-216-5134
      Facsimile: 202-408-4400
      E-mail: bonita.ford@finnegan.com