IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Motorola, Inc.'s **Unopposed Motion to Substitute Parties** [Docket No. 91; Filed April 4, 2011] (the "Motion").  The Motion seeks to address the fact that Defendant Motorola, Inc. is now known as Motorola Solutions, Inc.  In addition to this name change, Motorola Solutions, Inc. underwent a corporate reorganization and created Motorola Mobility Holdings, Inc. as a new corporate entity, which operates under the name Motorola Mobility, Inc. in the United States.  Therefore, Defendant Motorola, Inc. seeks to substitute Motorola Solutions, Inc. and Motorola Mobility, Inc. as the real parties in interest.  Plaintiff does not oppose the Motion.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The caption shall be amended as set forth above.

    Dated:  April 5, 2011