IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

        Plaintiff,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.

        Defendants.

_____

### MOTOROLA SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT
_____

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 7.4, Defendant Motorola Solutions, Inc. ("Motorola"), states as follows:

1. Motorola has no parent corporation; and

2. Icahn Associates Corp. owns 11.41% and Dodge & Cox, Inc. owns 9.47% of the stock of Motorola.

Dated:  April 5, 2011                           Respectfully submitted,

                                                s/S. Jane Mitchell
                                                Kenneth H. Lyman
                                                S. Jane Mitchell
                                                HALL & EVANS, LLC
                                                1125 Seventeenth Street, Suite 600
                                                Denver, CO 80202
                                                Phone:  (303) 628-3300
                                                Fax:      (303) 293-3231
                                                E-mail:  lymank@hallevans.com
                                                            mitchellj@hallevans.com

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 5th day of April, 2011, I electronically filed the foregoing Motorola Solutions, Inc.'s Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| *Attorneys for Plaintiff* *BIAX Corporation:* | *Attorneys for Plaintiff* *BIAX Corporation:* | *Attorneys for Plaintiff* *BIAX Corporation:* |
|---|---|---|
| Charles Goldberg, Esq. Scott M. Browning, Esq. Trevor G. Bartel, Esq. Rothgerber, Johnson & Lyons, LLP-Denver 1200 17th Street, Suite 3000 Denver, CO  80202-5855 Phone:  (303) 628-9000 Fax:      (303) 623-9222 Email:   cgoldberg@rothgerber.com              sbrowning@rothgerber.com              tbartel@rothgerber.com | Edward J. Naidich, Esq. E. Robert Yoches, Esq. Michael V. Young, Esq. Finnegan, Henderson, Farabow, Garrett   & Dunner LLP-DC 901 New York Avenue, NW Washington, DC  20001 Phone:  (202) 408-4000 Fax:      (202) 408-4400 Email:   ed.naidich@finnegan.com              Bob.yoches@finnegan.com              Michael.young@finnegan.com | Joseph E. Palys, Esq. Finnegan, Henderson, Farabow, Garrett   & Dunner LLP-Reston Two Freedom Square 11955 Freedom Drive Reston, VA  20190-5675 Phone:  (571) 203-2700 Fax:      (202) 408-4400 Email:   joseph.palys@finnegan.com |
| *Attorneys for Defendants* *Brother International Corporation and* *Brother Industries, Ltd.:* Kurt M. Pankratz, Esq. Baker Botts, LLP-Dallas 2001 Ross Avenue, Suite 600 Dallas, TX  75201-2980 Phone:  (214) 953-6584 Fax:      (214) 661-4584 Email:   kurt.pankratz@bakerbotts.com | *Attorneys for Defendants* *Brother International Corporation and* *Brother Industries, Ltd.:* David M. Schlitz, Esq. Baker Botts, LLP-Washington, DC The Warner 1299 Pennsylvania Avenue, N.W. Washington, DC  20004 Phone:  (202) 639-7700 Email:   david.schlitz@bakerbotts.com | *Attorneys for Defendants* *Brother International Corporation and* *Brother Industries, Ltd.:* Daniel M. Reilly, Esq. Jason M. Lynch, Esq. Marisa B. Hudson-Arney, Esq. Reilly Pozner, LLP 1900 Sixteenth Street, Suite 1700 Denver, CO  80202 Phone:  (303) 893-6100 Email:   dreilly@rplaw.com              jlynch@rplaw.com              mhudsonarney@rplaw.com |

CHI-1798454v1

| | | |
|---|---|---|
| *Attorneys for Defendants*<br>*Canon U.S.A., Inc. and Canon, Inc.:*<br><br>Jon Bernhardt, Esq.<br>Roger P. Thomasch, Esq.<br>Ballard Spahr, LLP-Denver<br>1225 Seventeenth Street, Suite 2300<br>Denver, CO  80202-5596<br>Phone:  (303) 292-2400<br>Fax:     (303) 296-3956<br>Email:  bernhardt@ballardspahr.com<br>           thomasch@ballardspahr.com | *Attorneys for Defendants*<br>*Canon U.S.A. and Canon, Inc.:*<br><br>Rodger A. Sadler, Esq.<br>Joseph A. Calvaruso, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>51 West 52nd Street<br>New York, NY  11019-6142<br>Phone:  (212) 506-5000<br>Fax:     (212) 506-5151<br>Email:  rsadler@orrick.com<br>           jcalvaruso@orrick.com | *Attorneys for Defendant*<br>*Cisco Systems, Inc.:*<br><br>John R. Edwards, Esq.<br>Kirkland & Ellis LLP-Palo Alto<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Phone:  (650) 859-7000<br>Fax:     (650) 859-7500<br>Email:  john.edwards@kirkland.com |
| *Attorneys for Defendant*<br> *Hewlett-Packard Company:*<br><br>Rick L. Rambo, Esq.<br>David J. Levy, Esq.<br>Preetam A. Shingavi, Esq.<br>Morgan, Lewis & Bockius, LLP-<br>   Houston<br>1000 Louisiana Street, Suite 4000<br>Houston, TX  77002<br>Phone:  (713) 890-5175<br>Fax:     (713) 890-5001<br>Email:  rrambo@morganlewis.com<br>           dlevy@morganlewis.com<br>            pshingavi@morganlewis.com | *Attorneys for Defendants*<br>*Ricoh Americas Corporation and*<br>*Ricoh Company, Ltd.:*<br><br>Bruce A. Featherstone, Esq.<br>Featherstone Petrie DeSisto, LLP<br>600 17th Street, Suite 2400-S<br>Denver, CO  80202-5424<br>Phone:  (303) 626-7100<br>Fax:     (303) 626-7101<br>Email:  bfeatherstone@featherstonelaw.com | |

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

                        s/ Therese Curtin, Secretary to
                        Kenneth H. Lyman, Esq.
                        S. Jane Mitchell, Esq.
                        Hall & Evans, L.L.C.
                        1125 Seventeenth Street, Suite 600
                        Denver, CO  80202-2052
                        Phone No.:    303-628-3300
                        Fax No.  :     303-293-3231
                        E-mail:        lymank@hallevans.com
                                      mitchellj@hallevans.com

                        Attorneys for Defendant
                        Motorola Solutions, Inc.

CHI-1798454v1