IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

       Plaintiff,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.

       Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

David L. Witcoff and Marc S. Blackman, of the law firm of Jones Day, hereby enter their appearance, as attorneys for defendants Motorola Solutions, Inc. and Motorola Mobility, Inc.

Dated this 5th day of April, 2011.

                                         Respectfully submitted,

                                         *s/S. Jane Mitchell*
                                         _____
                                         Kenneth H. Lyman
                                         S. Jane Mitchell
                                         HALL & EVANS, LLC
                                         1125 Seventeenth Street, Suite 600
                                         Denver, CO 80202-2052
                                         Phone:   (303) 628-3300
                                         Fax:       (303) 293-3231
                                         E-mail:  lymank@hallevans.com
                                                    mitchellj@hallevans.com

                                         David L. Witcoff
                                         Marc S. Blackman
                                         Jones Day
                                         77 W. Wacker Drive, Suite 3500
                                         Chicago, IL 60601-1692
                                         Phone:   (312) 782-3939
                                         Fax:       (312) 782-8585
                                         E-mail:  dlwitcoff@jonesday.com
                                                    msblackman@jonesday.com

                                         ATTORNEYS FOR DEFENDANTS
                                         MOTOROLA SOLUTIONS, INC. AND
                                         MOTOROLA MOBILITY, INC.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 5th day of April, 2011, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff*<br>*BIAX Corporation:*<br><br>Charles Goldberg, Esq.<br>Scott M. Browning, Esq.<br>Trevor G. Bartel, Esq.<br>Rothgerber, Johnson & Lyons, LLP-Denver<br>1200 17th Street, Suite 3000<br>Denver, CO  80202-5855<br>Phone:  (303) 628-9000<br>Fax:      (303) 623-9222<br>Email:   cgoldberg@rothgerber.com<br>             sbrowning@rothgerber.com<br>             tbartel@rothgerber.com | *Attorneys for Plaintiff*<br>*BIAX Corporation:*<br><br>Edward J. Naidich, Esq.<br>E. Robert Yoches, Esq.<br>Michael V. Young, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP-DC<br>901 New York Avenue, NW<br>Washington, DC  20001<br>Phone:  (202) 408-4000<br>Fax:      (202) 408-4400<br>Email:   ed.naidich@finnegan.com<br>             Bob.yoches@finnegan.com<br>             Michael.young@finnegan.com | *Attorneys for Plaintiff*<br>*BIAX Corporation:*<br><br>Joseph E. Palys, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP-Reston<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675<br>Phone:  (571) 203-2700<br>Fax:      (202) 408-4400<br>Email:   joseph.palys@finnegan.com |
| *Attorneys for Defendants*<br>*Brother International Corporation and Brother Industries, Ltd.:*<br><br>Kurt M. Pankratz, Esq.<br>Baker Botts, LLP-Dallas<br>2001 Ross Avenue, Suite 600<br>Dallas, TX  75201-2980<br>Phone:  (214) 953-6584<br>Fax:      (214) 661-4584<br>Email:   kurt.pankratz@bakerbotts.com | *Attorneys for Defendants*<br>*Brother International Corporation and Brother Industries, Ltd.:*<br><br>David M. Schlitz, Esq.<br>Baker Botts, LLP-Washington, DC<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Phone:  (202) 639-7700<br>Email:   david.schlitz@bakerbotts.com | *Attorneys for Defendants*<br>*Brother International Corporation and Brother Industries, Ltd.:*<br><br>Daniel M. Reilly, Esq.<br>Jason M. Lynch, Esq.<br>Marisa B. Hudson-Arney, Esq.<br>Reilly Pozner, LLP<br>1900 Sixteenth Street, Suite 1700<br>Denver, CO  80202<br>Phone:  (303) 893-6100<br>Email:   dreilly@rplaw.com<br>             jlynch@rplaw.com<br>             mhudsonarney@rplaw.com |
| *Attorneys for Defendants*<br>*Canon U.S.A., Inc. and Canon, Inc.:*<br><br>Jon Bernhardt, Esq.<br>Roger P. Thomasch, Esq.<br>Ballard Spahr, LLP-Denver<br>1225 Seventeenth Street, Suite 2300<br>Denver, CO  80202-5596<br>Phone:  (303) 292-2400<br>Fax:      (303) 296-3956<br>Email:   bernhardt@ballardspahr.com<br>             thomasch@ballardspahr.com | *Attorneys for Defendants*<br>*Canon U.S.A. and Canon, Inc.:*<br><br>Rodger A. Sadler, Esq.<br>Joseph A. Calvaruso, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>51 West 52nd Street<br>New York, NY  11019-6142<br>Phone:  (212) 506-5000<br>Fax:      (212) 506-5151<br>Email:   rsadler@orrick.com<br>             jcalvaruso@orrick.com | *Attorneys for Defendant*<br>*Cisco Systems, Inc.:*<br><br>John R. Edwards, Esq.<br>Kirkland & Ellis LLP-Palo Alto<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Phone:  (650) 859-7000<br>Fax:      (650) 859-7500<br>Email:   john.edwards@kirkland.com |

| *Attorneys for Defendant Hewlett-Packard Company:*<br><br>Rick L. Rambo, Esq.<br>David J. Levy, Esq.<br>Preetam A. Shingavi, Esq.<br>Morgan, Lewis & Bockius, LLP-<br>   Houston<br>1000 Louisiana Street, Suite 4000<br>Houston, TX  77002<br>Phone:  (713) 890-5175<br>Fax:     (713) 890-5001<br>Email:   rrambo@morganlewis.com<br>             dlevy@morganlewis.com<br>              pshingavi@morganlewis.com | *Attorneys for Defendants Ricoh Americas Corporation and Ricoh Company, Ltd.:*<br><br>Bruce A. Featherstone, Esq.<br>Featherstone Petrie DeSisto, LLP<br>600 17th Street, Suite 2400-S<br>Denver, CO 80202-5424<br>Phone:  (303) 626-7100<br>Fax:     (303) 626-7101<br>Email:<br>bfeatherstone@featherstonelaw.com | |
|---|---|---|

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

s/ Therese Curtin, Secretary to
Kenneth H. Lyman, Esq.
S. Jane Mitchell, Esq.
Hall & Evans, L.L.C.
1125 Seventeenth Street, Suite 600
Denver, CO  80202-2052
Phone No.:   303-628-3300
Fax No.  :    303-293-3231
E-mail:         lymank@hallevans.com
                    mitchellj@hallevans.com

Attorneys for Defendants
Motorola Solutions, Inc. and
Motorola Mobility, Inc.