IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.

    Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

Marc S. Blackman, of the law firm of Jones Day, hereby enters his appearance, as attorney for defendants Motorola Solutions, Inc. and Motorola Mobility, Inc.

Dated this 8th day of April, 2011.

                                    Respectfully submitted,

                                    *s/Marc S. Blackman*

                                    Kenneth H. Lyman
                                    S. Jane Mitchell
                                    HALL & EVANS, LLC
                                    1125 Seventeenth Street, Suite 600
                                    Denver, CO 80202-2052
                                    Phone:   (303) 628-3300
                                    Fax:     (303) 293-3231
                                    E-mail: lymank@hallevans.com
                                              mitchellj@hallevans.com

                                    David L. Witcoff
                                    Marc S. Blackman
                                    Jones Day
                                    77 W. Wacker Drive, Suite 3500
                                    Chicago, IL 60601-1692
                                    Phone:   (312) 782-3939
                                    Fax:     (312) 782-8585
                                    E-mail: dlwitcoff@jonesday.com
                                              msblackman@jonesday.com

                                    ATTORNEYS FOR DEFENDANTS
                                    MOTOROLA SOLUTIONS, INC. AND
                                    MOTOROLA MOBILITY, INC.

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 8th day of April, 2011, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| *Attorneys for Plaintiff* *BIAX Corporation:* | *Attorneys for Plaintiff* *BIAX Corporation:* | *Attorneys for Plaintiff* *BIAX Corporation:* |
|---|---|---|
| Charles Goldberg, Esq. Scott M. Browning, Esq. Trevor G. Bartel, Esq. Rothgerber, Johnson & Lyons, LLP-Denver 1200 17th Street, Suite 3000 Denver, CO  80202-5855 Phone: (303) 628-9000 Fax:     (303) 623-9222 Email:  cgoldberg@rothgerber.com          sbrowning@rothgerber.com          tbartel@rothgerber.com | Edward J. Naidich, Esq. E. Robert Yoches, Esq. Michael V. Young, Esq. Finnegan, Henderson, Farabow, Garrett   & Dunner LLP-DC 901 New York Avenue, NW Washington, DC  20001 Phone: (202) 408-4000 Fax:     (202) 408-4400 Email:  ed.naidich@finnegan.com          Bob.yoches@finnegan.com          Michael.young@finnegan.com | Joseph E. Palys, Esq. Finnegan, Henderson, Farabow, Garrett   & Dunner LLP-Reston Two Freedom Square 11955 Freedom Drive Reston, VA  20190-5675 Phone: (571) 203-2700 Fax:     (202) 408-4400 Email:  joseph.palys@finnegan.com |
| *Attorneys for Defendants* *Brother International Corporation and Brother Industries, Ltd.:* | *Attorneys for Defendants* *Brother International Corporation and Brother Industries, Ltd.:* | *Attorneys for Defendants* *Brother International Corporation and Brother Industries, Ltd.:* |
| Kurt M. Pankratz, Esq. Baker Botts, LLP-Dallas 2001 Ross Avenue, Suite 600 Dallas, TX  75201-2980 Phone: (214) 953-6584 Fax:     (214) 661-4584 Email:  kurt.pankratz@bakerbotts.com | David M. Schlitz, Esq. Baker Botts, LLP-Washington, DC The Warner 1299 Pennsylvania Avenue, N.W. Washington, DC  20004 Phone: (202) 639-7700 Email:   david.schlitz@bakerbotts.com | Daniel M. Reilly, Esq. Jason M. Lynch, Esq. Marisa B. Hudson-Arney, Esq. Reilly Pozner, LLP 1900 Sixteenth Street, Suite 1700 Denver, CO  80202 Phone: (303) 893-6100 Email:   dreilly@rplaw.com           jlynch@rplaw.com           mhudsonarney@rplaw.com |
| *Attorneys for Defendants* *Canon U.S.A., Inc. and Canon, Inc.:* | *Attorneys for Defendants* *Canon U.S.A. and Canon, Inc.:* | *Attorneys for Defendant* *Cisco Systems, Inc.:* |
| Jon Bernhardt, Esq. Roger P. Thomasch, Esq. Ballard Spahr, LLP-Denver 1225 Seventeenth Street, Suite 2300 Denver, CO  80202-5596 Phone: (303) 292-2400 Fax:     (303) 296-3956 Email:  bernhardt@ballardspahr.com          thomasch@ballardspahr.com | Rodger A. Sadler, Esq. Joseph A. Calvaruso, Esq. Orrick, Herrington & Sutcliffe, LLP 51 West 52nd Street New York, NY  11019-6142 Phone: (212) 506-5000 Fax:     (212) 506-5151 Email:  rsadler@orrick.com          jcalvaruso@orrick.com | John R. Edwards, Esq. Kirkland & Ellis LLP-Palo Alto 950 Page Mill Road Palo Alto, CA  94304 Phone: (650) 859-7000 Fax:     (650) 859-7500 Email:  john.edwards@kirkland.com |

| | | |
|---|---|---|
| *Attorneys for Defendant*<br> *Hewlett-Packard Company:*<br><br>Rick L. Rambo, Esq.<br>David J. Levy, Esq.<br>Preetam A. Shingavi, Esq.<br>Morgan, Lewis & Bockius, LLP-<br>  Houston<br>1000 Louisiana Street, Suite 4000<br>Houston, TX  77002<br>Phone:  (713) 890-5175<br>Fax:     (713) 890-5001<br>Email:  rrambo@morganlewis.com<br>           dlevy@morganlewis.com<br>            pshingavi@morganlewis.com | *Attorneys for Defendants*<br>*Ricoh Americas Corporation and*<br>*Ricoh Company, Ltd.:*<br><br>Bruce A. Featherstone, Esq.<br>Featherstone Petrie DeSisto, LLP<br>600 17th Street, Suite 2400-S<br>Denver, CO  80202-5424<br>Phone:  (303) 626-7100<br>Fax:     (303) 626-7101<br>Email:<br>bfeatherstone@featherstonelaw.com | |

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

> *s/ Marc S. Blackman*
> Marc S. Blackman
> Jones Day
> 77 W. Wacker Drive, Suite 3500
> Chicago, IL 60601-1692
> Phone:  (312) 782-3939
> Fax:     (312) 782-8585
> E-mail:  msblackman@jonesday.com
>
> Attorneys for Defendants
> Motorola Solutions, Inc. and
> Motorola Mobility, Inc.