IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

      Plaintiff,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.

      Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

David L. Witcoff, of the law firm of Jones Day, hereby enters his appearance, as attorney for defendants Motorola Solutions, Inc. and Motorola Mobility, Inc.

Dated this 8th day of April, 2011.

                                  Respectfully submitted,

*s/David L. Witcoff*
_____
Kenneth H. Lyman
S. Jane Mitchell
HALL & EVANS, LLC
1125 Seventeenth Street, Suite 600
Denver, CO 80202-2052
Phone:  (303) 628-3300
Fax:     (303) 293-3231
E-mail:  lymank@hallevans.com
           mitchellj@hallevans.com

David L. Witcoff
Marc S. Blackman
Jones Day
77 W. Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Phone:  (312) 782-3939
Fax:     (312) 782-8585
E-mail:  dlwitcoff@jonesday.com
           msblackman@jonesday.com

ATTORNEYS FOR DEFENDANTS
MOTOROLA SOLUTIONS, INC. AND
MOTOROLA MOBILITY, INC.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 8th day of April, 2011, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| *Attorneys for Plaintiff BIAX Corporation:* | *Attorneys for Plaintiff BIAX Corporation:* | *Attorneys for Plaintiff BIAX Corporation:* |
|---|---|---|
| Charles Goldberg, Esq.<br>Scott M. Browning, Esq.<br>Trevor G. Bartel, Esq.<br>Rothgerber, Johnson & Lyons, LLP-Denver<br>1200 17th Street, Suite 3000<br>Denver, CO  80202-5855<br>Phone:  (303) 628-9000<br>Fax:      (303) 623-9222<br>Email:    cgoldberg@rothgerber.com<br>              sbrowning@rothgerber.com<br>              tbartel@rothgerber.com | Edward J. Naidich, Esq.<br>E. Robert Yoches, Esq.<br>Michael V. Young, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP-DC<br>901 New York Avenue, NW<br>Washington, DC  20001<br>Phone:  (202) 408-4000<br>Fax:      (202) 408-4400<br>Email:    ed.naidich@finnegan.com<br>              Bob.yoches@finnegan.com<br>              Michael.young@finnegan.com | Joseph E. Palys, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP-Reston<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675<br>Phone:  (571) 203-2700<br>Fax:      (202) 408-4400<br>Email:    joseph.palys@finnegan.com |
| *Attorneys for Defendants Brother International Corporation and Brother Industries, Ltd.:* | *Attorneys for Defendants Brother International Corporation and Brother Industries, Ltd.:* | *Attorneys for Defendants Brother International Corporation and Brother Industries, Ltd.:* |
| Kurt M. Pankratz, Esq.<br>Baker Botts, LLP-Dallas<br>2001 Ross Avenue, Suite 600<br>Dallas, TX  75201-2980<br>Phone:  (214) 953-6584<br>Fax:      (214) 661-4584<br>Email:    kurt.pankratz@bakerbotts.com | David M. Schlitz, Esq.<br>Baker Botts, LLP-Washington, DC<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Phone:  (202) 639-7700<br>Email:    david.schlitz@bakerbotts.com | Daniel M. Reilly, Esq.<br>Jason M. Lynch, Esq.<br>Marisa B. Hudson-Arney, Esq.<br>Reilly Pozner, LLP<br>1900 Sixteenth Street, Suite 1700<br>Denver, CO  80202<br>Phone:  (303) 893-6100<br>Email:    dreilly@rplaw.com<br>              jlynch@rplaw.com<br>              mhudsonarney@rplaw.com |
| *Attorneys for Defendants Canon U.S.A., Inc. and Canon, Inc.:* | *Attorneys for Defendants Canon U.S.A. and Canon, Inc.:* | *Attorneys for Defendant Cisco Systems, Inc.:* |
| Jon Bernhardt, Esq.<br>Roger P. Thomasch, Esq.<br>Ballard Spahr, LLP-Denver<br>1225 Seventeenth Street, Suite 2300<br>Denver, CO  80202-5596<br>Phone:  (303) 292-2400<br>Fax:      (303) 296-3956<br>Email:    bernhardt@ballardspahr.com<br>              thomasch@ballardspahr.com | Rodger A. Sadler, Esq.<br>Joseph A. Calvaruso, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>51 West 52nd Street<br>New York, NY  11019-6142<br>Phone:  (212) 506-5000<br>Fax:      (212) 506-5151<br>Email:    rsadler@orrick.com<br>              jcalvaruso@orrick.com | John R. Edwards, Esq.<br>Kirkland & Ellis LLP-Palo Alto<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Phone:  (650) 859-7000<br>Fax:      (650) 859-7500<br>Email:    john.edwards@kirkland.com |

| *Attorneys for Defendant Hewlett-Packard Company:*<br><br>Rick L. Rambo, Esq.<br>David J. Levy, Esq.<br>Preetam A. Shingavi, Esq.<br>Morgan, Lewis & Bockius, LLP- Houston<br>1000 Louisiana Street, Suite 4000<br>Houston, TX  77002<br>Phone:  (713) 890-5175<br>Fax:     (713) 890-5001<br>Email:   rrambo@morganlewis.com<br>            dlevy@morganlewis.com<br>             pshingavi@morganlewis.com | *Attorneys for Defendants Ricoh Americas Corporation and Ricoh Company, Ltd.:*<br><br>Bruce A. Featherstone, Esq.<br>Featherstone Petrie DeSisto, LLP<br>600 17th Street, Suite 2400-S<br>Denver, CO  80202-5424<br>Phone:  (303) 626-7100<br>Fax:     (303) 626-7101<br>Email:<br>bfeatherstone@featherstonelaw.com | |

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

                                        *s/ David L. Witcoff*
                                        David L. Witcoff
                                        Jones Day
                                        77 W. Wacker Drive, Suite 3500
                                        Chicago, IL 60601-1692
                                        Phone:  (312) 782-3939
                                        Fax:     (312) 782-8585
                                        E-mail:  dlwitcoff@jonesday.com

                                        Attorneys for Defendants
                                        Motorola Solutions, Inc. and
                                        Motorola Mobility, Inc.