## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-03013-PAB-KLM

BIAX CORPORATION

        Plaintiff,

    v.

MOTOROLA, INC.,
HEWLETTT-PACKAGE COMPANY,
CISCO U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

        Defendants.

---

### ENTRY OF APPEARANCE OF KURT PANKRATZ, ESQ.

---

The undersigned, Kurt Pankratz of Baker Botts LLP, and a member of the bar of this Court, hereby enters his appearance as counsel of record for Defendants Brother International Corporation and Brother Industries, Ltd.

Dated:  April 12, 2011

Respectfully submitted,

REILLY POZNER LLP

By:   /s/
      Daniel M. Reily
      Jason M. Lynch
      Marisa B. Hudson-Arney
      REILLY POZNER LLP
      1900 Sixteenth Street, Suite 1700
      Denver, Colorado  80202
      Telephone:  303-893-6100
      dreilly@rplaw.com
      jlynch@rplaw.com
      mhudsonarney@ rplaw.com
      ATTORNEYS FOR DEFENDANTS
      Brother International Corporation
      Brother Industries, Ltd.

      David M. .Schlitz
      District of Columbia Bar No. 333369
      BAKER BOTTS, L.L.P.
      The Warner
      1299 Pennsylvania Ave., NW
      Washington, DC  20004
      Telephone:  202-639-7700
      E-mail:david-schlitz@bakerbotts.com
      ATTORNEY FOR DEFENDANTS
      Brother International Corporation
      Brother Industries, Ltd.

      Kurt M. Pankratz
      State of Texas Bar No. 24013291
      BAKER BOTTS, L.L.P.
      2001 Ross Avenue
      Dallas, Texas  75201-2980
      Telephone:  214-953-6500
      E-mail: kurt.pankratz@bakerbotts.com
      ATTORNEY FOR DEFENDANTS
      Brother International Corporation
      Brother Industries, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th Day of April, 2011, a true and correct copy of the

ENTRY OF APPEARANCE OF KURT PANKRATZ was filed electronically.   Notice of this

filing will be sent to all parties by operation of the Court's electronic filing system.   Parties may

access this filing through the Court's ECF system.   In accordance with the electronic filing

procedures of this Court, service has been effected on the aforesaid party(s) above, whose

counsel of record is a registered participant of CM/ECF, via electronic service through the

CM/ECF system.


By:   _/s/_____
                 Diane C. Bridge