**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-03013-PAB-KLM

BIAX CORPORATION

       Plaintiff,

  v.

MOTOROLA, INC.,
HEWLETTT-PACKAGE COMPANY,
CISCO U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

       Defendants.

**ENTRY OF APPEARANCE OF KURT PANKRATZ, ESQ.**

The undersigned, Kurt Pankratz of Baker Botts LLP, and a member of the bar of this Court, hereby enters his appearance as counsel of record for Defendants Brother International Corporation and Brother Industries, Ltd.

Dated: April 13, 2011                            Respectfully submitted,

                                                        BAKER BOTTS LLP

By:    _/s/ Kurt M. Pankratz_
       Kurt M. Pankratz
       State of Texas Bar No. 24013291
       BAKER BOTTS, L.L.P.
       2001 Ross Avenue
       Dallas, Texas 75201-2980
       Telephone: 214-953-6500
       E-mail: kurt.pankratz@bakerbotts.com
       ATTORNEY FOR DEFENDANTS
       Brother International Corporation
       Brother Industries, Ltd.

       David M. .Schlitz
       District of Columbia Bar No. 333369
       BAKER BOTTS, L.L.P.
       The Warner
       1299 Pennsylvania Ave., NW
       Washington, DC 20004
       Telephone: 202-639-7700
       E-mail:david-schlitz@bakerbotts.com
       ATTORNEY FOR DEFENDANTS
       Brother International Corporation
       Brother Industries, Ltd.

       Daniel M. Reily
       Jason M. Lynch
       Marisa B. Hudson-Arney
       REILLY POZNER LLP
       1900 Sixteenth Street, Suite 1700
       Denver, Colorado 80202
       Telephone: 303-893-6100
       dreilly@rplaw.com
       jlynch@rplaw.com
       mhudsonarney@rplaw.com
       ATTORNEYS FOR DEFENDANTS
       Brother International Corporation
       Brother Industries, Ltd.

DC01:588938.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th Day of April, 2011, a true and correct copy of the ENTRY OF APPEARANCE OF KURT PANKRATZ was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system. In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

By: _/s/_Diane C. Bridge_____
Diane C. Bridge