IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-03013-PAB-KLM

BIAX CORPORATION

    Plaintiff,

v.

MOTOROLA, INC.,
HEWLETTT-PACKAGE COMPANY,
CISCO U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.

---

**ENTRY OF APPEARANCE OF DAVID SCHLITZ, ESQ.**

---

The undersigned, David Schlitz of Baker Botts LLP, and a member of the bar of this Court, hereby enters his appearance as counsel of record for Defendants Brother International Corporation and Brother Industries, Ltd.

Dated: April 28, 2011

Respectfully submitted,

BAKER BOTTS LLP

By: */s/ David M. Schlitz*
    David M. Schlitz
    District of Columbia Bar No. 333369
    BAKER BOTTS, L.L.P.
    The Warner
    1299 Pennsylvania Ave., NW
    Washington, DC  20004
    Telephone:  202-639-7700
    E-mail:david.schlitz@bakerbotts.com
    ATTORNEY FOR DEFENDANTS
    Brother International Corporation
    Brother Industries, Ltd.

Kurt M. Pankratz
State of Texas Bar No. 24013291
BAKER BOTTS, L.L.P.
2001 Ross Avenue
Dallas, Texas  75201-2980
Telephone:  214-953-6500
E-mail: kurt.pankratz@bakerbotts.com
ATTORNEY FOR DEFENDANTS
Brother International Corporation
Brother Industries, Ltd.

Daniel M. Reily
Jason M. Lynch
Marisa B. Hudson-Arney
REILLY POZNER LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado  80202
Telephone:  303-893-6100
dreilly@rplaw.com
jlynch@rplaw.com
mhudsonarney@ rplaw.com
ATTORNEYS FOR DEFENDANTS
Brother International Corporation
Brother Industries, Ltd.

DC01:588940.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th Day of April, 2011, a true and correct copy of the ENTRY OF APPEARANCE OF DAVID SCHLITZ was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system. In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

By: */s/ Diane C. Bridge*
Diane C. Bridge

DC01:588940.1