IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

        Plaintiff,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.

        Defendants;

MOTOROLA MOBILITY, INC.

        Defendant /
        Third-Party Plaintiff,

v.

BROADCOM CORPORATION,

    Third-Party Defendant.

---

## THIRD-PARTY COMPLAINT OF MOTOROLA MOBILITY, INC. AGAINST BROADCOM CORPORATION

---

Defendant and Third-Party Plaintiff, Motorola Mobility, Inc. ("MMI"), by and through its attorneys, pursuant to Rule 14 of the Federal Rules of Civil Procedure, asserts this Third-Party Complaint against Third-Party Defendant Broadcom Corporation ("Broadcom") as follows:

CHI-1795760v7

## PARTIES

1.  MMI is a Delaware corporation with its principal place of business at 600 North U.S. Highway 45, Libertyville, Illinois 60048.

2.  Broadcom is a California corporation with its principal place of business at 5300 California Avenue, Irvine, California 85054.

## JURISDICTION AND VENUE

3.  This Court has subject matter jurisdiction over MMI's third-party claims pursuant to 28 U.S.C. §§ 1367 and 2201.

4.  This Court has personal jurisdiction over Broadcom because Broadcom conducts business and sells its products in the State of Colorado, including in this Judicial District.

5.  Venue is proper in this District pursuant to 28 U.S.C. § 1391.

## BACKGROUND FACTS

6.  On December 13, 2010, Plaintiff, BIAX Corporation ("BIAX"), filed a Complaint for Patent Infringement ("BIAX Complaint"). The BIAX Complaint alleges that Motorola, Inc. has infringed and continues to infringe U.S. Patent Nos. 5,517,628 ("the '628 patent") and 6,253,313 ("the '313 patent"), by direct infringement, inducement to infringe, and contributory infringement. A copy of the BIAX Complaint is attached hereto as Exhibit 1.

7.  On April 5, 2011, the Court substituted Motorola Solutions, Inc. and MMI as defendants for Motorola, Inc.

8.  On April 19, 2011, MMI filed Motorola Mobility, Inc.'s Answer, Affirmative Defenses, and Counterclaims to BIAX Corporation's Complaint for Patent Infringement ("MMI Answer"). A copy of the MMI Answer is attached hereto as Exhibit 2.

9.  BIAX accused the following products of infringement: "products that execute conditional floating point instructions that use condition code registers, and/or products that execute conditional digital signal processing (DSP) extension instructions that use condition code registers, including, for example Motorola set top boxes, such as, upon information and belief, Motorola's DCX (e.g., DCX 3200, DCX 3501), DCH (e.g., DCH 6412/6416), DCT (e.g., DCT 6412, DCT 3416), and/or QIP series (e.g., QIP 6416, QIP 7216) set top boxes" (collectively, the "Accused Products").  BIAX Complaint ¶¶ 19, 55.

10. The Accused Products contain processors that MMI has purchased and continues to purchase from Broadcom.  Upon information and belief, these Broadcom processors form the basis for BIAX's patent infringement claims against MMI.

11. By the terms of the Corporate Supply Agreement Between Broadcom Corporation and Motorola, Inc. ("Corporate Supply Agreement"), Broadcom has an obligation to indemnify MMI against the patent infringement claims asserted by BIAX in this litigation.  The rights and obligations of the Corporate Supply Agreement have been assigned to MMI.  Under Broadcom's indemnity obligations, it has a duty, *inter alia*, to "indemnify, defend, and hold harmless" MMI against BIAX's claims of patent infringement.

12. To the extent not covered by agreement, Broadcom has indemnity obligations and duties to MMI pursuant to the provisions of the Uniform Commercial Code and/or the common law.

13. Despite MMI's repeated notice to Broadcom regarding its indemnity obligations, Broadcom has not agreed to assume its indemnity obligations or defend MMI against BIAX's patent infringement claims.

## COUNT I

14. The allegations of paragraphs 1 though 13 above are restated and incorporated by reference as though fully set forth herein.

15. An actual case or controversy exists between MMI and Broadcom with respect to Broadcom's obligations to indemnify, defend, and hold harmless MMI from and against BIAX's patent infringement claims. A declaratory judgment concerning Broadcom's obligations will resolve the controversy and eliminate the uncertainty that currently exists about the parties' respective rights and responsibilities in this regard.

16. Pursuant to 28 U.S.C. § 2201 *et seq.*, MMI is entitled to a declaratory judgment that Broadcom has a duty to indemnify, defend, and hold MMI harmless in this litigation, including a duty to: (1) pay all costs and expenses, including attorneys' fees, incurred by MMI in connection with defending itself against BIAX's patent infringement claims; and (2) pay any damages assessed against MMI in this litigation.

## COUNT II

17. The allegations of paragraphs 1 through 13 above are restated and incorporated by reference as though fully set forth herein.

18. MMI is entitled to all costs and expenses, including attorneys' fees, incurred by MMI in connection with defending itself against BIAX's claims in this litigation

19. To the extent that BIAX should receive any judgment against MMI for damages, costs, or any other relief resulting from infringement by any of the Accused Products, MMI will be entitled to judgment against Broadcom for indemnity and contribution for such damages, costs, and other relief awarded to BIAX.

CHI-1795760v7

- 5 -

## JURY DEMAND

Defendant and Third-Party Plaintiff, MMI, hereby demands a trial by jury for any and all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, MMI respectfully requests:

A.  A judgment against Broadcom for the amount of judgment, if any, awarded to BIAX against MMI with respect to the '628 and/or '313 patents, including, but not limited to, expenses, costs, attorneys' fees, and interest;

B.  A judgment against Broadcom for any and all expenses MMI incurs in defending this action, including, but not limited to, costs, attorneys' fees, and interest;

C.  An order requiring Broadcom to specifically perform its duties to defend and indemnify MMI; and

D.  An award of such other and further relief that this Court deems just and proper.


Dated:  April 29, 2011                    Respectfully submitted,

                                          s/ S. Jane Mitchell
                                          Kenneth H. Lyman
                                          S. Jane Mitchell
                                          HALL & EVANS, LLC
                                          1125 Seventeenth Street, Suite 600
                                          Denver, CO 80202
                                          Phone:  (303) 628-3300
                                          Fax:    (303) 293-3231
                                          E-mail: lymank@hallevans.com
                                                  mitchellj@hallevans.com

                                          and

- 6 -

    David L. Witcoff
    Marc S. Blackman
    JONES DAY
    77 West Wacker, Suite 3500
    Chicago, IL 60601
    Phone:  (312) 782-3939
    Fax:     (312) 782-8585
    E-mail:  dlwitcoff@jonesday.com
           msblackman@jonesday.com

    Attorneys for Defendant / Third-Party Plaintiff,
    Motorola Mobility, Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 29th day of April, 2011, I electronically filed the foregoing Third-Party Complaint of Motorola Mobility, Inc. Against Broadcom Corporation with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff BIAX Corporation:*<br><br>Charles Goldberg, Esq.<br>Scott M. Browning, Esq.<br>Trevor G. Bartel, Esq.<br>Rothgerber, Johnson & Lyons, LLP-Denver<br>1200 17th Street, Suite 3000<br>Denver, CO  80202-5855<br>Phone:  (303) 628-9000<br>Fax:      (303) 623-9222<br>Email:   cgoldberg@rothgerber.com<br>              sbrowning@rothgerber.com<br>              tbartel@rothgerber.com | *Attorneys for Plaintiff BIAX Corporation:*<br><br>Edward J. Naidich, Esq.<br>E. Robert Yoches, Esq.<br>Michael V. Young, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP-DC<br>901 New York Avenue, NW<br>Washington, DC  20001<br>Phone:  (202) 408-4000<br>Fax:      (202) 408-4400<br>Email:   ed.naidich@finnegan.com<br>              Bob.yoches@finnegan.com<br>              Michael.young@finnegan.com | *Attorneys for Plaintiff BIAX Corporation:*<br><br>Joseph E. Palys, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP-Reston<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675<br>Phone:  (571) 203-2700<br>Fax:      (202) 408-4400<br>Email:   joseph.palys@finnegan.com |
| *Attorneys for Defendants Brother International Corporation and Brother Industries, Ltd.:*<br><br>Kurt M. Pankratz, Esq.<br>Baker Botts, LLP-Dallas<br>2001 Ross Avenue, Suite 600<br>Dallas, TX  75201-2980<br>Phone:  (214) 953-6584<br>Fax:      (214) 661-4584<br>Email:   kurt.pankratz@bakerbotts.com | *Attorneys for Defendants Brother International Corporation and Brother Industries, Ltd.:*<br><br>David M. Schlitz, Esq.<br>Baker Botts, LLP-Washington, DC<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Phone:  (202) 639-7700<br>Email:   david.schlitz@bakerbotts.com | *Attorneys for Defendants Brother International Corporation and Brother Industries, Ltd.:*<br><br>Daniel M. Reilly, Esq.<br>Jason M. Lynch, Esq.<br>Marisa B. Hudson-Arney, Esq.<br>Reilly Pozner, LLP<br>1900 Sixteenth Street, Suite 1700<br>Denver, CO  80202<br>Phone:  (303) 893-6100<br>Email:   dreilly@rplaw.com<br>              jlynch@rplaw.com<br>              mhudsonarney@rplaw.com |
| *Attorneys for Defendants Canon U.S.A., Inc. and Canon, Inc.:*<br><br>Jon Bernhardt, Esq.<br>Roger P. Thomasch, Esq.<br>Ballard Spahr, LLP-Denver<br>1225 Seventeenth Street, Suite 2300<br>Denver, CO  80202-5596<br>Phone:  (303) 292-2400<br>Fax:      (303) 296-3956<br>Email:   bernhardt@ballardspahr.com<br>              thomasch@ballardspahr.com | *Attorneys for Defendants Canon U.S.A. and Canon, Inc.:*<br><br>Rodger A. Sadler, Esq.<br>Joseph A. Calvaruso, Esq.<br>Donald E. Daybell, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>51 West 52nd Street<br>New York, NY  11019-6142<br>Phone:  (212) 506-5000<br>Fax:      (212) 506-5151<br>Email:   rsadler@orrick.com<br>              jcalvaruso@orrick.com<br>              ddaybell@orrick.com | *Attorneys for Defendant Cisco Systems, Inc.:*<br><br>John R. Edwards, Esq.<br>Kirkland & Ellis LLP-Palo Alto<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Phone:  (650) 859-7000<br>Fax:      (650) 859-7500<br>Email:   john.edwards@kirkland.com |

CHI-1795760v7

| *Attorneys for Defendant Hewlett-Packard Company:* | *Attorneys for Defendants Ricoh Americas Corporation and Ricoh Company, Ltd.:* | |
|---|---|---|
| Rick L. Rambo, Esq.<br>David J. Levy, Esq.<br>Preetam A. Shingavi, Esq.<br>Morgan, Lewis & Bockius, LLP-Houston<br>1000 Louisiana Street, Suite 4000<br>Houston, TX  77002<br>Phone:  (713) 890-5175<br>Fax:     (713) 890-5001<br>Email:  rrambo@morganlewis.com<br>            dlevy@morganlewis.com<br>             pshingavi@morganlewis.com | Bruce A. Featherstone, Esq.<br>Featherstone Petrie DeSisto, LLP<br>600 17th Street, Suite 2400-S<br>Denver, CO  80202-5424<br>Phone:  (303) 626-7100<br>Fax:     (303) 626-7101<br>Email:   bfeatherstone@featherstonelaw.com | |

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

    s/ Therese Curtin, Secretary to
Kenneth H. Lyman, Esq.
S. Jane Mitchell, Esq.
Hall & Evans, L.L.C.
1125 Seventeenth Street, Suite 600
Denver, CO  80202-2052
Phone No.:    303-628-3300
Fax No.  :    303-293-3231
E-mail:         lymank@hallevans.com
                      mitchellj@hallevans.com

Attorneys for Defendant/Third-Party Plaintiff Motorola Mobility, Inc.

CHI-1795760v7