# EXHIBIT 1

## PART 4

Case 1:10-cv-03013-PAB -KLM   Document 119-4   Filed 05/02/11   USDC Colorado   Page 2
Case 1:10-cv-03013-PAB -KLM   Document 1-1   Filed 12/13/10   USDC Colorado   Page 73 of 75

Page 26 of 28

5,517,628

accessing system. There are a plethora of other methods and modes for generating a memory address that are known to those skilled in the art. In other words, the effective addressing constructs described above are for design completeness only, and are not to be construed as a key element in the design of the system.

Referring to FIG. 22, various structures of data or data fields within the pipeline processor element of FIG. 21 are illustrated for a system which is a multi-user system in both time and space. As a result, across the multiple pipelines, instructions from different users may be executing, each with its own processor state. As the processor state is not typically associated with the processor element, the instruction must carry along the identifiers that specify this state. This processor state is supported by the LRD, register file and condition code file assigned to the user.

A sufficient amount of information must be associated with each instruction so that each memory access, condition code access or register access can uniquely identify the target of the access. In the case of the registers and condition codes, this additional information constitutes the absolute value of the procedural level (PL) and context identifiers (CI) and is attached to the instruction by the SCSM attachment unit 1650. This is illustrated in FIGS. 22a, 22b and 22c respectively. The context identifier portion is used to determine which register or condition code plane (FIG. 6) is being accessed. The procedural level is used to determine which procedural level of registers (FIG. 13) is to be accessed.

Memory accesses also require that the LRD that supports the current user be identified so that the appropriate data cache can be accessed. This is accomplished through the context identifier. The data cache access further requires that a process identifier (PID) for the current user be available to verify that the data present in the cache is indeed the data desired. Thus, an address issued to the data cache takes the form of FIG. 22d. The miscellaneous field is composed of additional information describing the access, for example, read or write, user or system, etc.

Finally, due to the fact that there can be several users executing across the pipelines during a single time interval, information that controls the execution of the instructions, and which would normally be stored within the pipeline, must be associated with each instruction instead. This information is reflected in the ISW field of an instruction word as illustrated in FIG. 22a. The information in this field is composed of control fields like error masks, floating point format descriptors, rounding mode descriptors, etc. Each instruction would have this field attached, but, obviously, may not require all the information. This information is used by the ALU stage 2160 of the processor element.

This instruction information relating to the ISW field, as well as the procedural level, context identification and process identifier, are attached dynamically by the SCSM attacher (1650) as the instruction is issued from the instruction cache.

Although the system of the present invention has been specifically set forth in the above disclosure, it is to be understood that modifications and variations can be made thereto which would skill fall within the scope and coverage of the following claims.

What is claimed is:

1. A computer comprising:
a general purpose register file comprising at least two general purpose registers;
a condition code register file distinct from said general purpose register file, having a plurality of addressable condition code registers, each condition code register for representing a condition code value as a small number of bits summarizing the execution or result of a previously-executed instruction;
a processor element configured to execute instructions, including condition-setting instructions that each produce a condition code value for storage in one of said condition code registers;
a branch execution unit configured to execute conditional branch instructions that each determine a target instruction for execution based on analysis of a condition code value from one of said condition code registers; and
a condition code access unit configured to act in response to condition-selecting instructions, at least one of said condition-selecting instructions being one of either said condition-setting instructions or said conditional branch instructions, said condition-selecting instructions for selecting from said condition code register file a condition code register for at least one of:
storing into said selected condition code register a condition code value produced by one of said condition-setting instructions, and
fetching from said selected condition code register a condition code value for analysis by one of said conditional branch instructions;
said selecting being by direct addressing on a condition code address field of the condition-selecting instruction.

2. The computer of claim 1 further comprising:
at least one additional processor element configured to execute instructions including condition-setting instructions that each produce a condition code value for storage in one of said condition code registers;
each said processor element being enabled to deliver the condition code values produced by said condition-setting instructions to condition code registers of said condition code register file, said condition code register file being shared by said processor elements, a condition code value produced by any of said processor elements being readable by said branch execution unit.

3. The computer of claim 2 further comprising:
at least one additional branch execution unit configured to execute conditional branch instructions that each determine a target instruction for execution based on analysis of a condition code value fetched from one of said condition code registers;
said condition code register file being shared by said branch execution units, so that each said branch execution unit is enabled to analyze a condition code value produced by any of two or more of said processor elements.

4. The computer of claim 3 wherein:
said processor elements and branch execution units are configured to concurrently execute at least two independent programs of different users.

5. The computer of claim 2 further comprising:
a context selector coupling said processor elements to said condition code register file, said condition code register file being partitioned into multiple register sets, one of said processor elements at any one time having addressability to at least one but fewer than all of said register sets, said addressability determined by said context selector.

6. The computer of claim 1 further comprising:
a context selector coupling said processor element to said condition code register file, said condition code register

Case 1:10-cv-03013-PAB -KLM   Document 119-4   Filed 05/02/11   USDC Colorado   Page 3
Case 1:10-cv-03013-PAB -KLM   Document 1-16   Filed 12/13/10   USDC Colorado   Page 74 of 75

Page 27 of 28

5,517,628

47

file being partitioned into multiple register sets, said processor element at any one time having addressability to a register context comprising at least one but fewer than all of said register sets, said register context determined by said context selector.

7. The computer of claim 6 wherein:
said context selector comprises means for determining said register context by a subroutine nesting level of instructions executed by said processor element.

8. The computer of claim 6 wherein:
said condition-setting and conditional branch instructions each comprise a condition code address field, and
said context selector uses a context value to determine said register context, thereby associating values of said condition code address field to condition code registers of said register context.

9. The computer of claim 1 wherein:
said condition-setting instructions include compare instructions that produce a condition code value for storage in said condition code register file but no arithmetic result for storage in said general purpose registers.

10. The computer of claim 9 wherein:
each said compare instruction includes a field directly addressing one of said condition code registers into which said produced condition code value is to be stored.

11. The computer of claim 1 wherein:
said conditional branch instructions select a condition code value for fetching and analysis by a condition code address field of each said conditional branch instruction which directly addresses a condition code register.

12. The computer of claim 1 wherein:
at least some of said executed instructions are both condition-setting instructions and arithmetic or logical instructions producing both an arithmetic or logical result for storage in said general purpose register file and a condition code value summarizing said arithmetic or logical result for storage in said condition code register file.

13. The computer of claim 1, wherein:
said condition-selecting instructions comprise both condition-setting instructions and conditional branch instructions, and
said condition code access unit selects from said condition code register file a condition code register for both:
storing into said selected condition code register a condition code value produced by one of said condition-setting instructions, and
fetching from said selected condition code register a condition code value for analysis by one of said conditional branch instructions.

14. The computer of claim 1, further comprising:
delay means to delay the effect of a conditional branch instruction until completion of a designated number of instructions following said conditional branch instruction.

15. The computer of claim 1 wherein:
said branch unit has means for executing said conditional branch instructions concurrently with execution of arithmetic instructions by said processor element.

16. A computer comprising:
a general purpose register file;
a condition code register file distinct from said general purpose register file, and having a plurality of addres-

48

sable condition code registers, each condition code register for representing a condition code value as a small number of bits summarizing the execution or result of a previously-executed instruction; and
a processor configured to execute instructions, the instructions including:
arithmetic or logical instructions that each produce an arithmetic or logical result for storage in one of said general purpose registers,
condition-setting instructions that each produce a condition code value for storage in one of said condition code registers, at least some of said condition-setting instructions each including a field directly addressing one of said condition code registers into which said produced condition code value is to be stored, and
conditional branch instructions that each determine a target instruction for execution based on analysis of a condition code value retrieved from one of said condition code registers, at least some of said conditional branch instructions including a condition code address field for directly addressing one of said condition code registers for said analysis.

17. The computer of claim 16 wherein:
at least some of said executed instructions are both condition-setting instructions and arithmetic or logical instructions, producing both an arithmetic or logical result for storage in said general purpose register file and a condition code value of said arithmetic or logical result for storage in said condition code register file.

18. A computer comprising:
at least two processors, each relying on a common shared register file of at least two registers for storage of intermediate results of instructions executed by said processors, registers of said shared register file being directly address by register selection fields of said instructions;
an interconnect between said processors and said register file configured to:
store into a register of said shared register file a summary of a condition of the result of a condition-setting one of said instructions executed by a first of said processors, and
deliver said condition summary from said register to a second of said processors for analysis in determining the branch target of a conditional branch instruction of said instructions executed on said second processor;
said register selected from within said register file by a condition code address field of said condition-setting instruction, and said register selected from within said register file by a condition code address field of said conditional branch instruction.

19. The computer of claim 18 wherein:
at least some of said conditional branch instructions select a condition code register for delivery and analysis by a condition code address field that directly addresses said selected condition code register.

20. The computer of claim 19 wherein:
at least some of said condition-setting instructions include a condition code address field directly addressing one of said condition code registers into which said condition code value is to be stored.

21. The computer of claim 18 wherein registers of said register file are configured to store arithmetic or logical results of said instructions are distinct from registers configured to store said condition code value.

Case 1:10-cv-03013-PAB -KLM   Document 119-4   Filed 05/02/11   USDC Colorado   Page 4
Case 1:10-cv-03013-PAB -KLM   Document 1 of 20 Filed 12/13/10   USDC Colorado   Page 75 of 75

Page 28 of 28

5,517,628

49

22. The computer of claim 18 wherein said processors are configured to concurrently and cooperatively execute instructions of different basic blocks of programs.

23. The computer of claim 18 wherein:
at least some of said condition-setting instructions include a condition code address field directly addressing one of said condition code registers into which said condition code value is to be stored.

24. The computer of claim 18 further comprising:
a context selector coupling said processors to said register file, said register file being partitioned into multiple register sets, one of said processors at any one time having addressability to at least one but fewer than all of said register sets, said addressability determined by said context selector.

25. A method for executing instructions of a single program in a single computer, said computer having a register file of at least two condition code registers, the method comprising the steps of:
executing a first condition-setting instruction of said program on said computer, and storing a condition of the result of said first condition-setting instruction as a first condition code value in a condition code register of said register file;
no earlier than execution of said first condition-setting instruction, executing a second condition-setting instruction on said computer, and storing a condition of the result of said second condition-setting instruction as a second condition code value in a condition code register of said register file; and
no earlier than execution of said second condition-setting instruction, executing a first conditional branch instruction, having a condition code address field, on said computer, said branch executing step comprising the step of determining the effect of said first conditional branch instruction by analysis of said first condition code value, said first condition code value selected from within said register file by said condition code address field of said first conditional branch instruction.

26. The method of claim 25 wherein:
execution of said first condition-setting instruction selects a condition code register of said register file into which to store said first condition code value based on a condition code address field of said first condition-setting instruction, and
execution of said second condition-setting instruction selects a condition code register of said register file into which to store said second condition code value based on a condition code address field of said second condition-setting instruction.

27. The method of claim 25 wherein:
the steps of executing said first condition-setting instruction and said first conditional branch instruction are performed by a first processor element; and

50

the step of executing said second condition-setting instruction is performed on a second processor element distinct from said first processor element; and
at least two condition code registers of said condition code address file are each addressable by condition code address fields of instructions executed by each of said first and second processor elements.

28. The method of claim 25 wherein:
said computer further comprises a single general purpose register file; and
said first and second condition-setting instructions also compute arithmetic or logical results, stored in first and second of said general purpose registers, respectively.

29. A method for executing instructions of a single program in a single computer, said computer having a plurality of registers including at least two condition code registers, the method comprising the steps of:
executing a first condition-setting arithmetic or logical instruction of said program on said computer, an arithmetic or logical result of said first condition-setting instruction being stored in a general purpose register of said registers, and a condition of the execution or result of said first condition-setting instruction being represented as a first condition code value stored as a small number of bits in a first of said condition code registers;
no earlier than execution of said first condition-setting instruction, executing a second condition-setting arithmetic instruction on said computer, a result of said second condition-setting instruction being represented as a second condition code value stored in a second one of said condition code registers selected by a condition code address field of said second condition-setting instruction; and
no earlier than execution of said second condition-setting instruction, executing a first conditional branch instruction on said computer, the effect of said first conditional branch instruction being determined by analysis of said first condition code value, said first condition code value having remained within said condition code registers since said first condition-setting instruction without having been recomputed, and being selected from within said condition code register file by a direct-addressing condition code address field of said first conditional branch instruction.

30. The method of claim 29 further comprising the step of:
after execution of said first conditional branch instruction, executing a second conditional branch instruction on said computer, the branch target of said second conditional branch instruction being determined by analysis of said second condition code value, said second condition code value selected from within said condition code registers by a condition code address field of said second conditional branch instruction.

* * * * *

# EXHIBIT B

US005517628C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (6574th)
## United States Patent
### Morrison et al.

(10) Number: **US 5,517,628 C1**
(45) Certificate Issued: **Dec. 23, 2008**

(54) **COMPUTER WITH INSTRUCTIONS THAT USE AN ADDRESS FIELD TO SELECT AMONG MULTIPLE CONDITION CODE REGISTERS**

(75) Inventors: **Gordon E. Morrison**, Denver, CO (US); **Christopher B. Brooks**, Boulder, CO (US); **Frederick G. Gluck**, Boulder, CO (US)

(73) Assignee: **Equipment Investment & Management Co.**, Palm Beach Gardens, FL (US)

**Reexamination Request:**
No. 90/008,101, Jun. 20, 2006

**Reexamination Certificate for:**
Patent No.: **5,517,628**
Issued: **May 14, 1996**
Appl. No.: **08/254,687**
Filed: **Jun. 6, 1994**

Certificate of Correction issued Dec. 9, 2003.

Certificate of Correction issued Jun. 8, 2004.

**Related U.S. Application Data**

(62) Division of application No. 08/093,794, filed on Jul. 19, 1993, now abandoned, which is a continuation of application No. 07/913,736, filed on Jul. 14, 1992, now abandoned, which is a continuation of application No. 07/560,093, filed on Jul. 30, 1990, now abandoned, which is a division of application No. 07/372,247, filed on Jun. 26, 1989, now Pat. No. 5,021,945, which is a division of application No. 06/794,221, filed on Oct. 31, 1985, now Pat. No. 4,847,755.

(51) **Int. Cl.**
*G06F 9/38* (2006.01)
*G06F 9/45* (2006.01)
*G06F 9/44* (2006.01)
*G06F 9/40* (2006.01)
*G06F 9/42* (2006.01)

(52) **U.S. Cl.** ............. **712/234**; 712/E9.056; 712/E9.062; 712/E9.082; 712/E9.083

(58) **Field of Classification Search** ............. 712/234, 712/E9.056, E9.062, E9.082
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

RE26,171 E   3/1967   Fallkoff

(Continued)

FOREIGN PATENT DOCUMENTS

JP   60-110043   6/1985
JP   60-144830   7/1985

OTHER PUBLICATIONS

U.S. Appl. No. 08/914,077.
Aeberhard, John, *'Soft' Computer Speeds New System Development*, Nanodata Computer Corporation.

(Continued)

*Primary Examiner*—Fred Ferris

(57) **ABSTRACT**

The invention features a computer with a condition code register file (the condition code register file is distinct from the computer's general purpose register file). The condition code register file has a plurality of addressable condition code registers. The computer executes condition-setting instructions that each produce a condition code value for storage in one of the condition code registers, and conditional branch instructions that branch to a target based on analysis of a condition code value from one of the condition code registers. The condition code registers are directly addressable by condition code address fields of the instructions. The invention finds primary expression in one of two embodiments (or in both simultaneously): either (a) at least some of the condition-setting instructions contain a direct address field that selects one, from among the plurality of the condition code registers into which the condition code value is to be stored, or (b) at least some of the conditional branch instructions contain a direct address field that selects one, from among the plurality of the condition code registers from which a condition code value is to be selected for analysis.



Case 1:10-cv-03013-PAB -KLM   Document 119-4   Filed 05/02/11   USDC Colorado   Page 7
Case 1:10-cv-03013-PAB -KLM   Document 1-2   Filed 12/13/10   USDC Colorado   Page 3 of 5

US 5,517,628 C1

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,577,189 A | | 5/1971 | Cocke et al. |
| 3,577,190 A | | 5/1971 | Cocke et al. |
| 3,771,141 A | | 11/1973 | Culler |
| 3,833,889 A | | 9/1974 | Cray |
| 4,295,193 A | | 10/1981 | Pomerene |
| 4,351,024 A | * | 9/1982 | Bradley et al. ............... 719/310 |
| 4,374,409 A | * | 2/1983 | Bienvenu et al. ............. 718/106 |
| 4,438,488 A | * | 3/1984 | Shibayama et al. ........... 709/212 |
| 4,589,087 A | | 5/1986 | Auslander |
| 4,742,453 A | | 5/1988 | Shibuya |
| 4,847,755 A | | 7/1989 | Morrison |
| 5,021,945 A | | 6/1991 | Morrison |
| 5,517,628 A | | 5/1996 | Morrison |
| 6,253,313 B1 | | 6/2001 | Morrison |
| 6,704,859 B1 | | 3/2004 | Jacobs |

### OTHER PUBLICATIONS

Agrawala, Ashok K. and Tomlinson G. Rauscher, *The Application of Programming Language Techniques to the Design and Development of Microprogramming Languages*, University of Maryland.

CDC, Control Data 7600 Computer System Preliminary Reference Manual, Publications No. 60258200, 1969.

Cray Computer Systems, Cray–2 Computer System Functional Description, HR–2000, 1985.

Dasgupta, Subrata, *The Organization of Microprogram Stores*, Simon Fraser University, Burnaby, Canada.

Dasgupta, Subrata, *Some Aspect of High Level Microprogramming*, University of Alberta.

Davidson, Scott, *A Network of Dynamically Microprogrammable Machines*, University of Illinois at Urbana–Champaign.

Digital Equipment Corp., *Programmed Data Processor–6 Handbook (PDP–6)*, 1964.

Digital Equipment Corp., DECsystem–10/DECSYSTEM–20 Processor Reference manual AD–H391A–T1.

Ellis, John R., *Bulldog: A Compiler for VLIW Architectures*, Yale University, 1985.

Fisher, Joseph A. and John R. Ellis, *Parallel Processing: A Smart Compiler and a Dumb Machine*, Yale University 1984.

Fisher, Joseph A. *Very Long Instruction Word Architectures and the ELI–512*, Hewlett–Packard Laboratories.

Flink II, Charles W., *Easy—An Operating Systems for the QM–1*, Naval Surface Weapons Center.

Fisher, Joseph A. Second—Way Microinstruction Hardware and an Effective Instruction Binding Method, Yale University.

Frieder, Gideon and Jill Miller, *An Analysis of Code Density for the Two Level Programmable Control of the Nanodata QM–1*, State University of New York at Buffalo.

Gross, Thomas Karl Richard, *Code Optimization of Pipeline Constraints*, Stanford Univeristy, 1983.

Hannessy, John, *VLSI Processor Architecture*, IEEE Transactions on Computers, Dec. 1984.

Hennessy, John, Norman Jouppi, Forest Baskett and John Grill, *MIPS: A VLSI Processor Architecture*, Stanford University.

Heterogeneous Element Processor Principles of Operation, Apr. 1981.

Higbie, *Overlapped Operation with Microprogramming*, IEEE Transactions on Computers, Mar. 1978.

Honeywell, Inc. *Honeywell 800 Programmers' Reference Manual*, 1960.

Hoogerbrugge, Jan, *Internals of tmsched v2.0*, Philips Electronics N.V. 1997.

Hoogerbrugge, Jan and Lex Augusteijn, *Instruction Scheduling for TriMedia*, AI Access Foundation, 1999.

Klassen, Alynn and Subtrata Dasgupta, *S (QM–1): An Instruction of the High Level Microprogramming Language Scheme S for the Nanodata QM–1*, University of Alberta.

Kowalik, *Parallel MIMD Computations HEP Supercomputer and Its Applications*, MIT Press, 1985.

Kraley, Michael, Randall Rettberg, Philip Herman, Robert Bressler and Anthony Lake, *Design of a User–Microprogrammable Building Block*, Computer Systems Division.

Landskov, David, Scott Davidson, and Bruce Shriver, *Local Microcode Compaction Techniques*, Computing Surveys, Sep. 1980.

Mahike, Scott, Richard E. Hank, James E. McCormick, David I. August and Wen–mei Hwu, *A comparison of Full and Partial Predicated Execution Support for ILP Processors*, Center for Reliable and High–Performance Computing, University of Illinois, Jun. 1995.

Marti, Jed B. and Robert R. Kessler, *A Medium Level Compiler Generating Microcode*, University of Utah.

McDowell, Charles. "A simple archtechture for low level parallelism" Proceedings of the 1983 International Conference on Parallel Processing. Aug. 23–26, 1983.

McDowell, Charles, *SIMAC: A Simple Multiple ALU Computer*, University of California San Diego, 1983.

Nicolau, Alexandru, *Parallelism, Memory Anti–Aliasing and Correctness for Trace Scheduling Compliers*, Yale University, 1984.

Pol, E.J.D., P. Struik, F.W. Sijstermans, M.J.A. Tromp, J.W. van de Waerdt and P. van der Wolf, *TriMedia CPU64 Application Development Enviornment*, Philips Research Laboratories.

Rau, B. Ramakrishna, *Levels of Representation of Programs and the Architecture of Universal Host Machines*, University of Illinois, Irbana, II. 1978.

Radin, George, *The 801 Minicomputer*, 1982.

Rideout, Douglas J., *Considerations for Local Compaction of Nanocode for the Nanodata QM–1*, University of Alberta.

Rosin, Roberta F., Gideon Frieder and Richard H. Eckhouse Jr., *An Environment for Research in Microprogramming and Emulation*, State University of New York at Buffalo, 1972.

Rosocha, Walter G., *Adaptive Microprogramming and Processor Modeling*, Techinical Report CSRG–96, Aug. 1978.

Rosocha, Water, *Performance Enhancement of SISD Processors*, Computer Systems Research Group, 1979.

Schorr, H., *Design Principles for a High–Performance System*, Polytechnic Institute of Brooklyn, 1971.

Stone, Harold S. *Introduction to Computer Organization and Data Structures*, Stanford University, 1972.

Thornton, James E., Design of a Computer the Control Data 6600, Scott, Foresman and Company, 1970.

Tomita, Shinji, Kiyoshi Shibayana, Toshiaki and Hiroshi Hagirawa, *Performance Evaluation and Improvement of a Dynamically Microprogrammable Computer with Low–Level Parallelism*, Kyoto University.

Joint Claim Construction Chart (Feb. 25, 2003).

Appendix to Joint Claim Construction Chart (Feb. 25, 2003).

US 5,517,628 C1

Page 3

Rosocha, Walter G., *Adaptive Microprogramming and Processor Modeling*, Technical Report CSRG-96 ("Rosocha").

T.K.M. Agerwala, *New Condition Code and Branch Architecture for High Performance Processors*, IBM Technical Disclosure Bulletin, vol. 25, No. 1, pp. 135–136, Jun. 1982 ("Agerwala").

*IBM System/370 Model 168 Functional Characteristics*, IBM published manual, Sixth Edition, Jun. 1977, (the "IBM System/370 manual").

*IBM System/370 RPQ High Accuracy Arithmetic*, IBM Publication No. SA22-7093-0, (the "IBM System/370 RPQ").

File Wrapper to the '628 patent, including U.S. Patent No. 4,338,551 (Tradennick) and U.S. Patent No. 4,229,790 (Gilliland) referenced by the Examiner in the Office action mailed Feb. 16, 1995 (Paper #5).

BIAX Corporation's Opening Claim Construction Brief filed Feb. 25, 2003 in the Apple Computer Litigation.

BIAX Corporation's Patent Rule 3-1 Disclosure Of Asserted Claims And Preliminary Infringement Contentions, and accompanying claim charts, filed Jan. 3, 2006 in the Intel Litigation.

Claim Chart for claims 1, 2, 9–12, 15–20, 22–23, and 25–27 of the '628 patent in view of Nishikawa, with additional reference to Rosocha.

Claim Chart for claims 1, 2, 9–12, 15–20, 22–23, and 25–27 of the '628 patent in view of Rosocha.

Claim Chart for claims 1, 2, 9–12, 15–20, 22–23, and 25–27 of the '628 patent in view of Agerwala, with additional reference to the IBM System/370 references.

Claim Chart for claims 1, 2, 9–12, 15–20, 22–23, and 25–27 of the '628 patent in view of Shibuya, with additional reference to Agerwala and Rosocha.

* cited by examiner

US 5,517,628 C1

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 1–17 and 25–30 is confirmed.

Claim 18 is determined to be patentable as amended.

Claims 19–24, dependent on an amended claim, are determined to be patentable.

18. A computer comprising:
at least two processors, each relying on a common shared register file of at least two registers for storage of intermediate results of instructions executed by said processors, registers of said shared register file being directly [address] *addressed* by register selection fields of said instructions;
an interconnect between said processors and said register file configured to:
  store into a register of said shared register file a summary of a condition of the result of a condition-setting one of said instructions executed by a first of said processors, and
  deliver said condition summary from said register to a second of said processors for analysis in determining the branch target of a conditional branch instruction of said instructions executed on said second processor;
said register selected from within said register file by a condition code address field of said condition-setting instruction, and said register selected from within said register file by a condition code address field of said conditional branch instruction.

\* \* \* \* \*

# EXHIBIT C

US006253313B1

## (12) United States Patent
### Morrison et al.

(10) Patent No.: **US 6,253,313 B1**
(45) Date of Patent: *Jun. 26, 2001

(54) **PARALLEL PROCESSOR SYSTEM FOR PROCESSING NATURAL CONCURRENCIES AND METHOD THEREFOR**

(75) Inventors: **Gordon Edward Morrison**, Denver; **Christopher Bancroft Brooks**; **Frederick George Gluck**, both of Boulder, all of CO (US)

(73) Assignee: **Biax Corporation**, Palm Beach Gardens, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/480,691**

(22) Filed: **Jun. 7, 1995**

### Related U.S. Application Data

(62) Division of application No. 08/254,687, filed on Jun. 6, 1994, now Pat. No. 5,517,628, which is a division of application No. 08/093,794, filed on Jul. 19, 1993, now abandoned, which is a continuation of application No. 07/913,736, filed on Jul. 14, 1992, now abandoned, which is a continuation of application No. 07/560,093, filed on Jul. 30, 1990, now abandoned, which is a division of application No. 07/372,247, filed on Jun. 26, 1989, now Pat. No. 5,021,945, which is a division of application No. 06/794,221, filed on Oct. 31, 1985, now Pat. No. 4,847,755.

(51) Int. Cl.[7] ..................................................... G06F 13/00
(52) U.S. Cl. .......................... 712/226; 712/228; 712/233; 712/234
(58) Field of Search ............................ 712/1, 11, 226, 712/228, 233, 234

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,343,135 | * | 9/1967 | Freiman et al. | 395/379 |
| 3,611,306 | * | 10/1971 | Reigel et al. | 395/706 |
| 3,771,141 | * | 11/1973 | Culler | 395/379 |
| 4,104,720 | * | 8/1978 | Gruner | 395/598 |
| 4,109,311 | * | 8/1978 | Blum et al. | 395/567 |
| 4,153,932 | * | 5/1979 | Dennis et al. | 395/800.27 |
| 4,181,936 | * | 1/1980 | Kober | 395/200.42 |
| 4,228,495 | * | 10/1980 | Bernhard et al. | 364/136 |
| 4,229,790 | * | 10/1980 | Gilliland et al. | 395/671 |
| 4,241,398 | * | 12/1980 | Carll | 395/200.66 |
| 4,270,167 | * | 5/1981 | Koehler et al. | 395/292 |
| 4,435,758 | * | 3/1984 | Lorie et al. | 395/800.22 |
| 4,466,061 | * | 8/1984 | Desantis et al. | 395/676 |
| 4,468,736 | * | 8/1984 | Desantis et al. | 395/676 |

* cited by examiner

*Primary Examiner*—Meng-Al T. An
(74) *Attorney, Agent, or Firm*—Fish & Richardson P.C.

(57) **ABSTRACT**

A computer processing system containing a plurality of identical processor elements each of which does not retain execution state information from prior operations. The plurality of identical processor elements operate on a statically compiled program which, based upon detected natural concurrencies in the basic blocks of the programs, provide logical processor numbers and an instruction firing time to each instruction in each basic block. Each processor element is capable of executing instructions on a per instruction basis such that dependent instructions can execute on the same or different processor elements. A given processor element is capable of executing an instruction from one context followed by an instruction from another context through use of shared storage resources.

**25 Claims, 17 Drawing Sheets**



Case 1:10-cv-03013-PAB -KLM Document 119-4 Filed 05/02/11 USDC Colorado Page 12
Case 1:10-cv-03013-PAB -KLM Document 13-20 Filed 12/13/10 USDC Colorado Page 3 of 43



Case 1:10-cv-03013-PAB -KLM Document 119-4 Filed 05/02/11 USDC Colorado Page 13
Case 1:10-cv-03013-PAB -KLM Document 13-20 Filed 12/13/10 USDC Colorado Page 4 of 43

U.S. Patent     Jun. 26, 2001     Sheet 2 of 17     US 6,253,313 B1

**FIG. 4**



**FIG. 5**



Case 1:10-cv-03013-PAB -KLM Document 119-4 Filed 05/02/11 USDC Colorado Page 14
Case 1:10-cv-03013-PAB -KLM Document 120 Filed 12/13/10 USDC Colorado Page 5 of 43



FIG. 6

Case 1:10-cv-03013-PAB -KLM Document 119-4 Filed 05/02/11 USDC Colorado Page 15
Case 1:10-cv-03013-PAB -KLM Document 108-20 Filed 12/13/10 USDC Colorado Page 6 of 43

U.S. Patent  Jun. 26, 2001  Sheet 4 of 17  US 6,253,313 B1



Case 1:10-cv-03013-PAB -KLM Document 119-4 Filed 05/02/11 USDC Colorado Page 16
Case 1:10-cv-03013-PAB -KLM Document 163-20 Filed 12/13/10 USDC Colorado Page 7 of 43

U.S. Patent  Jun. 26, 2001  Sheet 5 of 17  US 6,253,313 B1



FIG. 8

**U.S. Patent**  Jun. 26, 2001  Sheet 6 of 17  **US 6,253,313 B1**



FIG. 9

Case 1:10-cv-03013-PAB -KLM   Document 119-4   Filed 05/02/11   USDC Colorado   Page 18
Case 1:10-cv-03013-PAB -KLM   Document 108-20   Filed 12/13/10   USDC Colorado   Page 9 of 43

U.S. Patent      Jun. 26, 2001     Sheet 7 of 17     US 6,253,313 B1



FIG. 10

IFT = T16

Case 1:10-cv-03013-PAB -KLM   Document 119-4   Filed 05/02/11   USDC Colorado   Page 19 of 26
Case 1:10-cv-03013-PAB -KLM   Document 1-6   Filed 12/13/10   USDC Colorado   Page 10 of 43



FIG.11

Case 1:10-cv-03013-PAB -KLM  Document 119-4  Filed 05/02/11  USDC Colorado  Page 20
Case 1:10-cv-03013-PAB -KLM  Document 1-3 of 25 Filed 12/13/10  USDC Colorado  Page 11 of 43

U.S. Patent        Jun. 26, 2001        Sheet 9 of 17        US 6,253,313 B1



FIG. 12