**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.

**ENTRY OF APPEARANCE OF ADAM R. ALPER**

PLEASE TAKE NOTICE that Adam R. Alper, of Kirkland & Ellis LLP, enters his appearance in this case on behalf of Defendant Cisco Systems, Inc.

DATED:  May 2, 2011                      Respectfully submitted,

                                                  /s/  *Adam R. Alper*

                                                  Adam R. Alper
                                                  KIRKLAND & ELLIS LLP
                                                  555 California Street
                                                  San Francisco, CA 94104
                                                  Telephone:  415-439-1400
                                                  Facsimile:  415-439-1500
                                                  E-mail: Adam.Alper@kirkland.com

                                                  *Attorney for Defendant Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011, the foregoing **ENTRY OF APPEARANCE OF ADAM R. ALPER** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys who have been deemed to have consented to service via CM/ECF.

/s/  *Adam R. Alper*