**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

vs.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.

**ENTRY OF APPEARANCE**

Please take notice that David Rokach, of Kirkland & Ellis LLP, enters his appearance in this case on behalf of Defendants Ricoh Americas Corporation and Ricoh Company, Ltd.

DATED: May 2, 2011.     Respectfully submitted,

s/ *David Rokach*
David Rokach
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200
drokach@kirkland.com
*Attorneys for Defendants
Ricoh Americas Corporation and Ricoh
Company, Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 2, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Edward J. Naidich | ed.naidich@finnegan.com |
| Joseph E. Palys | joseph.palys@finnegan.com |
| Michael V. Young | michael.young@finnegan.com |
| Rick L. Rambo | rrambo@morganlewis.com |
| Roger P. Thomasch | thomasch@ballardspahr.com |
| E. Robert Yoches | bob.yoches@finnegan.com |
| Charles Goldberg | cgoldberg@rothgerber.com |
| Scott M. Browning | sbrowning@rothgerber.com |
| Trevor G. Bartel | tbartel@rothgerber.com |
| Jon Bernhardt | bernhardt@ballardspahr.com |
| Kenneth H. Lyman | lymank@hallevans.com |
| S. Jane Mitchell | mitchellj@hallevans.com |
| Marc S. Blackman | msblackman@jonesday.com |
| David L. Witcoff | dlwitcoff@jonesday.com |
| John R. Edwards | john.edwards@kirkland.com |
| Adam R. Alper | adam.alper@kirkland.com |
| David J. Levy | dlevy@morganlewis.com |
| Preetam A. Shingavi | pshingavi@morganlewis.com |
| Rodger A. Sadler | rsadler@orrick.com |
| Joseph A. Calvaruso | jcalvaruso@orrick.com |

- 3 -

| | |
|---|---|
| Donald Daybell | ddaybell@orrick.com |
| Daniel M. Reilly | dreilly@rplaw.com |
| Jason M. Lynch | jlynch@rplaw.com |
| Kurt Pankratz | kurt.pankratz@bakerbotts.com |
| David M. Schlitz | david.schlitz@bakerbotts.com |

    s/ *Rose Cusack*