**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

       Plaintiff,

vs.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

       Defendants.

---

## ENTRY OF APPEARANCE

---

Please take notice that Christian Taylor, of Kirkland & Ellis LLP, enters his appearance

in this case on behalf of Defendants Ricoh Americas Corporation and Ricoh Company, Ltd.

DATED:  May 5, 2011.                    Respectfully submitted,

                                        s/  *Christian Taylor*
                                        Christian Taylor
                                        **Kirkland & Ellis  LLP**
                                        950 Page Mill Road
                                        Palo Alto, CA  94304
                                        Telephone:  650-859-7000
                                        Facsimile:  650-859-7500
                                        ctaylor@kirkland.com

                                        *Attorneys for Defendants*
                                        *Ricoh Americas Corporation and Ricoh*
                                        *Company, Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 5, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Edward J. Naidich | ed.naidich@finnegan.com |
| Joseph E. Palys | joseph.palys@finnegan.com |
| Michael V. Young | michael.young@finnegan.com |
| Rick L. Rambo | rrambo@morganlewis.com |
| Roger P. Thomasch | thomasch@ballardspahr.com |
| E. Robert Yoches | bob.yoches@finnegan.com |
| Charles Goldberg | cgoldberg@rothgerber.com |
| Scott M. Browning | sbrowning@rothgerber.com |
| Trevor G. Bartel | tbartel@rothgerber.com |
| Jon Bernhardt | bernhardt@ballardspahr.com |
| Kenneth H. Lyman | lymank@hallevans.com |
| S. Jane Mitchell | mitchellj@hallevans.com |
| Marc S. Blackman | msblackman@jonesday.com |
| David L. Witcoff | dlwitcoff@jonesday.com |
| John R. Edwards | john.edwards@kirkland.com |
| Adam R. Alper | adam.alper@kirkland.com |
| David Rokach | david.rokach@kirkland.com |
| David J. Levy | dlevy@morganlewis.com |
| Preetam A. Shingavi | pshingavi@morganlewis.com |
| Rodger A. Sadler | rsadler@orrick.com |

| | |
|---|---|
| Joseph A. Calvaruso | jcalvaruso@orrick.com |
| Donald Daybell | ddaybell@orrick.com |
| Daniel M. Reilly | dreilly@rplaw.com |
| Jason M. Lynch | jlynch@rplaw.com |
| Kurt Pankratz | kurt.pankratz@bakerbotts.com |
| David M. Schlitz | david.schlitz@bakerbotts.com |

s/ *Rose Cusack*