IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,

    Defendants,

and

MOTOROLA SOLUTIONS, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants/Counterclaimants,

and

MOTOROLA MOBILITY, INC.,

    Defendant/Counterclaimant/Third Party Plaintiff,

v.

BROADCOM CORPORATION,

    Third Party Defendant.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff BIAX Corporation's ("BIAX") unopposed

request in the parties' proposed Scheduling Order [Docket No. 117] that, to facilitate discovery in this matter, the Court issue an order allowing BIAX to produce the contents of a hard drive to the Defendants and Plaintiff BIAX's current counsel which contains information confidential to third parties involved in previous Plaintiff BIAX litigations.

IT IS HEREBY **ORDERED** that the request is **GRANTED**.  Plaintiff BIAX shall produce the contents of the hard drive to its current counsel and the Defendants in this matter within **thirty (30) days** of this Order or within **fourteen (14) days** of issuance of a Protective Order in this case, whichever is later, absent any objections from another party who has confidential information contained in the hard drive.

IT IS FURTHER **ORDERED** that Plaintiff BIAX shall provide notice to any such party within **ten (10) days** of this Order to allow them time to object to the production of its confidential information contained on the hard drive.  To the extent that any such party objects to the production of its designated materials, Plaintiff BIAX will timely produce the contents of the hard drive that have not been objected to.  Any objections shall be brought to the Court's attention by complying with the Court's procedures for handling discovery disputes, namely that the objecting party should contact Plaintiff and attempt to resolve the dispute and, if it cannot, contact the Court at **(303) 335-2770** with all impacted parties on the line to resolve the dispute via hearing.

IT IS FURTHER **ORDERED** that Plaintiff BIAX shall also produce to its current counsel and Defendants any additional relevant materials previously produced or filed in the *BIAX Corp. v. NVidia Corp. et al.* matter within the time frame for production set forth above.

Dated: May 6, 2011

BY THE COURT:

s/ Kristen L. Mix
United States Magistrate Judge
Kristen L. Mix