IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA SOLUTIONS, INC., et al.,

    Defendants.

## ORDER

This matter is before the Court on the June 15, 2011 Minute Order filed by the Court [Docket No. 153]. On June 15, 2011, the Court ordered the parties to contact chambers on or after June 29, 2011 and by July 8, 2011 to set a date for a claim construction hearing, which the parties have done. It is

**ORDERED** that a hearing on claim construction disputes pursuant to *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996), is set for **8:30 a.m.** on **March 15, 2012**. It is further

**ORDERED** that issues pertaining to claim construction shall be briefed according to the following schedule:

### *MARKMAN* SCHEDULE

| MATTER | DATE |
|---|---|
| The parties shall exchange terms to be construed | 10/14/2011 |
| The parties shall exchange proposed constructions | 10/21/2011 |
| The parties shall exchange joint claim construction statement | 11/18/2011 |
| The parties shall file simultaneous opening *Markman* briefs | 12/16/2011 |
| The parties shall file simultaneous responsive *Markman* briefs | 1/13/2012 |

DATED July 13, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge