IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,

    Defendants,

and

MOTOROLA SOLUTIONS, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants/Counterclaimants,

and

MOTOROLA MOBILITY, INC.,

    Defendant/Counterclaimant/Third Party Plaintiff,

v.

BROADCOM CORPORATION,

    Third Party Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Amend the**

**Protective Order** [Docket No. 195; Filed September 29, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed Amended Protective Order is accepted and entered contemporaneously with this Minute Order. The Protective Order entered June 1, 2011 [Docket No. 146] is amended as follows:

(1) All instances of "any office of Jones Day in the United States" in Section E of the Protective Order are amended to "any office of Kilpatrick Townsend & Stockton LLP in the United States."

(2) All instances of "the offices of Hall & Evans, LLC, 1125 17th Street, #600, Denver, CO 80202" in Section E of the Protective Order are amended to "the offices of Kilpatrick Townsend & Stockton LLP, 1400 Wewatta Street, Suite 600, Denver, CO 80202."

(3) The last sentence in ¶ 17 shall be amended to "[a]ny Party intending to disclose or discuss Designated Material at pretrial or trial proceedings must give advance notice to the Court, other Parties, and the Designating Party to assure the implementation of the terms of this Protective Order."

(4) ¶ 18 shall be changed to include an additional notice: "(h) a list of all of the individual's pending patent applications and issued patents involving microprocessors."

(5) The penultimate sentence of ¶ 35(b) shall be amended to "[a]ll deposition transcripts should be treated as 'ATTORNEYS' EYES ONLY' until the thirty (30) day period has expired."

Dated: October 3, 2011