IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
CANON U.S.A., INC.,
CANON, INC.,
BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS CANON U.S.A., INC. AND CANON, INC.**
_____

    This matter comes before the Court upon the Stipulated Motion to Dismiss Canon Defendants Without Prejudice [Docket No. 204]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Stipulated Motion to Dismiss Canon Defendants Without Prejudice [Docket No. 204] is GRANTED. It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Canon U.S.A., Inc. and Canon, Inc. are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 26, 2011.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge