IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03013-PAB-KLM

BIAX CORPORATION,

      Plaintiff/Counterclaim Defendant,

v.

BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,

      Defendants,

and

MOTOROLA SOLUTIONS, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

      Defendants/Counterclaimants,

and

MOTOROLA MOBILITY, INC.,

      Defendant/Counterclaimant/Third Party Plaintiff,

v.

BROADCOM CORPORATION,

      Third Party Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Defendants Brother Industries, Ltd. and Brother International Corporation's Unopposed Motion for Amending the Protective Order** [Docket No. 211; Filed November 21, 2011] (the "Motion").

2

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Amended Protective Order entered on October 3, 2011 [#200] and modified on November 1, 2011 [#207] is amended as follows.  All instances of "any office of Baker Botts LLP in the United States" in Section E of the Protective Order are amended to "any office of White & Case LLP."

Dated:  November 22, 2011