IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,

    Defendants,

and

MOTOROLA SOLUTIONS, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants/Counterclaimants,

and

MOTOROLA MOBILITY, INC.,

    Defendant/Counterclaimant/Third Party Plaintiff,

v.

BROADCOM CORPORATION,

    Third Party Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion for Leave to Amend BIAX's Infringement Contentions** [Docket No. 215; Filed December 8, 2011] (the

"Motion").  For good cause shown,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff is permitted to amend its Infringement Contentions, and must serve the Amended Disclosure of Asserted Claims and Infringement Contentions on all Defendants on or before **December 13, 2011**.

Dated:  December 8, 2011