IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA SOLUTIONS, INC., et al.,

    Defendants.

## ORDER

This matter is before the Court on third-party plaintiff Motorola Mobility, Inc.'s unopposed motion to dismiss its third-party complaint against Broadcom Corporation without prejudice [Docket No. 218]. The Court having reviewed the motion, it is

**ORDERED** that the unopposed motion to dismiss [Docket No. 218] is GRANTED. Motorola Mobility, Inc.'s third-party complaint against Broadcom Corporation is DISMISSED without prejudice. It is further

**ORDERED** that Broadcom's motion to dismiss the third-party complaint [Docket No. 156] is denied as moot.

DATED January 6, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge