IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,

    Defendants,

and

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants/Counterclaimants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a phone call from counsel for Plaintiff and counsel for Defendants Brother International Corporation and Brother Industries, Ltd. (the "Brother Defendants").  Counsel advised the Court that this matter has settled as to Plaintiff and the Brother Defendants.  Accordingly,

    IT IS HEREBY **ORDERED** that **Plaintiff BIAX's Motion to Compel Brother to Produce Source Code for its Accused Infringing Products** [Docket No. 230; Filed January 20, 2012] is **DENIED AS MOOT**.

    IT IS FURTHER **ORDERED** that Plaintiff and the Brother Defendants shall file dismissal papers on or before **March 30, 2012**.

    Dated:  February 27, 2012