IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-03013- PAB-KLM

BIAX CORPORATION,

        Plaintiff,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
BROTHER INTERNATIONAL CORPORATION, BROTHER INDUSTRIES, LTD.,
RICOH AMERICAS CORPORATION,
and RICOH COMPANY, LTD.,

        Defendants.

**CONSENTED SUPPLEMENTAL PROTECTIVE ORDER
RE BROADCOM AND NETLOGIC SOURCE CODE**

The following source code protective order ("Source Code Protective Order") is entered in the above-captioned action pursuant to Federal Rule of Civil Procedure 26(c)(1)(G). The terms of this Source Code Protective Order have been requested and consented to by third parties Broadcom Corporation and NetLogic Microsystems Inc. (collectively, "Broadcom") and will apply to any hardware design files and source code that Broadcom agrees to make available for inspection in this case. This consented order does not address the issue of which hardware design files and source code, if any, that Broadcom will make available for inspection.

1. This Source Code Protective Order is intended to govern the process for inspecting, producing, receiving, and maintaining the register transfer level code, firmware, RTL, VHDL, HDL, and other source code (collectively "Code") of Broadcom in connection with the third-party subpoena issued by BIAX.

2. Any Code that Broadcom makes available in response to the subpoena served in this action shall be made available for inspection during business hours in secured rooms, on a non-networked computer, at its offices at 5300 California Avenue, Irvine, CA 92617. The reviewing parties' outside counsel and experts/consultants approved by Broadcom may gain access to this facility. Any authorized person wishing to access these facilities shall provide reasonable advanced notice to Broadcom. Any such access may be supervised at Broadcom's discretion.

3. To facilitate review, the secure computer shall have text editors installed. If BIAX wishes to install additional software on the secure computer for reviewing the code, BIAX shall provide, at its own expense, copies of the requested software in advance for Broadcom to install on the secure computer. BIAX shall provide Broadcom advance notice of the requested software, and Broadcom shall have an opportunity to review and object to said software. Broadcom does not object to BIAX's use of the following software: Adobe Acrobat, Visual Studio, Visual Slick Edit, Source-Navigator, PowerGrep, and ExamDiff Pro.

4. Electronic copies and electronic transmission of the Code are prohibited. However, the reviewing parties will be permitted to print a paper copy of portions of the Code on pre-labeled paper supplied by Broadcom as set forth below. Broadcom will have ready prior to the inspection of the Code enough pre-labeled paper to accommodate the reviewing party's printing of the Code. Broadcom will also supply a working high speed laser printer for purposes of printing the Code. Wholesale printing of the Code is not permitted. The reviewing party may not remove such print-outs from the facility, but will instead provide them to Broadcom for Broadcom's review for compliance with the foregoing terms, and production within three (3) business days, unless Broadcom objects that such portions are not reasonably necessary. BIAX is limited to production of no more than 400 pages total for any Broadcom product or processor, with no more than 50 consecutive pages from any section or file of the Code for any processor or product. If Biax requests more than 400 pages per processor, the parties will meet and confer in good faith to discuss BIAX's additional requests, and Broadcom will not unreasonably withhold consent or delay the printing. In any event and in all circumstances, regardless of whether the 400-page limit has been met, BIAX shall be entitled to printouts of only the routines that are reasonably necessary for the BIAX's testifying expert to provide

supporting documentation in an expert report, infringement contentions, or for BIAX to reference in a deposition motion, court hearing, or trial.

5. No person shall convert printed portions of the Code into machine-readable form (such as using Optical Character Recognition (OCR) or other technology to make the paper portion machine-readable).

6. Any notes, including but not limited to printed searches or analyses, whether handwritten or otherwise made, that are created by a reviewer of the Code shall be marked as "ATTORNEYS' EYES ONLY" information subject to the amended protective order entered in this action on October 3, 2011, or as amended (the "Protective Order"). In addition to the protections that "ATTORNEYS' EYES ONLY" materials ordinarily receive under the Protective Order: (1) the Party making any notes designated under this Paragraph must keep those notes when not in use at the Receiving Party's Outside Counsel of Record at all times, except as needed for use in depositions or hearings, and must keep that code in a secured container when not in use; (2) the Receiving Party may not make copies of any notes or materials designated under this Paragraph, except as necessary to prepare for or attach as an exhibit to a court filing, infringement contentions, expert report, or deposition transcript, or for use at a deposition, hearing, or trial; and (3) copies of any notes covered by this Paragraph used during a deposition or marked as an exhibit at a deposition will be retrieved by the party conducting the

deposition at the end of the day; and (4) the Receiving Party shall maintain a complete log of notes that are printed or copied, the dates of such printing or copying, and persons who have reviewed those pages.

7. Within sixty (60) days of final termination of this action including any appeals, BIAX shall destroy or return all confidential Broadcom materials. However, BIAX's outside counsel may retain in its files a copy of confidential Broadcom materials that were used as exhibits in pleadings, depositions, expert reports, interrogatory responses, or trial.

Except as provided above, the production, receipt, and maintenance of Broadcom Code produced or made available for inspection in this action shall in all other respects be subject to and governed by the provisions of the Protective Order. All such Code shall constitute "material" that is to be treated as "Attorney Eyes Only – RTL, HDL, Microcode" under the terms of the Protective Order.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED**, subject to public policy, and further court order, nothing shall be filed under seal, and the court shall not be required to take any action, without separate prior order of the Court, after application by the affected party with appropriate notice to opposing counsel.

Dated: June 13, 2012

_____
Kristen L. Mix
Magistrate Judge

5