IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,

    Defendants,

and

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants/Counterclaimants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Motorola Mobility, Inc. and Motorola Solutions, Inc.'s Motion to Compel Document Production and Deposition Testimony Relating to BIAX's Settlement with Brother** [Docket No. 333; Filed June 20, 2012] (the "Motion"). In the Motion, Defendants Motorola Mobility, Inc. and Motorola Solutions, Inc. (collectively, "Motorola") seek an order compelling BIAX to provide documents and deposition testimony related to BIAX's recent settlement with the Brother Defendants. Motorola represents that BIAX informed Defendants that it would not produce the requested discovery absent the Brothers Defendants' consent. *See* [#333] at 4.

    Plaintiff BIAX filed a "Notice of Non-Opposition" to Motorola's Motion on June 27, 2012 [#346]. In lieu of obtaining the Brothers Defendants' consent, BIAX asks the Court to enter an order requiring BIAX to produce the requested discovery as ATTORNEYS' EYES ONLY pursuant to the Amended Protective Order entered October 3, 2011 [#200]. The Court finds that this is a reasonable solution. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#333] is **DENIED AS MOOT**. BIAX shall produce the discovery requested in the Motion pursuant to an ATTORNEYS' EYES ONLY designation as provided for by the Amended Protective Order.

Dated: July 2, 2012