IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03013-PAB-KLM

BIAX CORPORATION,

     Plaintiff/Counterclaim Defendant,

v.

BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,

     Defendants,

and

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
CISCO SYSTEMS, INC.,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

     Defendants/Counterclaimants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiff BIAX Corporation's Motion to Withdraw [Its] Motion to Compel Documents from Defendant Motorola Mobility, Inc.** [Docket No. 349; Filed July 2, 2012] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#349] is **GRANTED**, and Plaintiff BIAX Corporation's Motion to Compel Documents from Defendant Motorola Mobility, Inc. [Docket No. 340; Filed June 20, 2012] is **WITHDRAWN**.

     Dated:  July 3, 2012