IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA SOLUTIONS, INC., et al.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Stipulated Motion to Dismiss Cisco Systems, Inc. With Prejudice [Docket No. 316] filed by plaintiff and defendant Cisco Systems, Inc. ("Cisco") on June 6, 2012.  Although plaintiff and Cisco indicate that certain defendants oppose the dismissal of Cisco with prejudice, *see* Docket No. 316 at 2, ¶ 4, no such defendant has responded to the present motion and specified the basis of its opposition.  The Court being apprised of the motion's premises, it is

    **ORDERED** that the Stipulated Motion to Dismiss Cisco Systems, Inc. With Prejudice [Docket No. 316] is GRANTED.  Plaintiff's claims against defendant Cisco Systems, Inc. are dismissed in their entirety with prejudice, with each party to bear its own fees and costs.

    DATED July 3, 2012.