IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03013-PAB-KLM

BIAX CORPORATION,

      Plaintiff/Counterclaim Defendant,

v.

BROTHER INTERNATIONAL CORPORATION,
BROTHER INDUSTRIES, LTD.,

      Defendants,

and

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

      Defendants/Counterclaimants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the **Ricoh Defendants' Unopposed Motion to Restrict Access** [Docket No. 357; Filed July 5, 2012]; **Plaintiff BIAX's Motion to Restrict Access** (unopposed) [Docket No. 359; Filed July 5, 2012]; **Defendant HP's Unopposed Motion to Restrict Access** [Docket No. 362; Filed July 5, 2012]; and the **Ricoh Defendants' Motion for Leave to File a Reply in Support of its Motion to Compel (Dkt. #330)** [Docket No. 365; Filed July 9, 2012] ("Motion for Leave").

      IT IS HEREBY **ORDERED** that the Ricoh Defendants' Motion for Leave [#365] is **GRANTED**.  Although BIAX opposes the requested relief, the Court will permit this reply, limited to no more than five pages, and due on or before **July 17, 2012**.

      IT IS FURTHER **ORDERED** that the Motions to Restrict [## 357, 359, 362] are **GRANTED**.  In accordance with D.C.COLO.LCivR 7.2C., the Motions were publicly posted to allow for any objections to the sealing of the documents.  No timely objections were filed.  Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access

to Court files is outweighed by the parties' interest in privacy, and the parties have shown that a less restrictive alternative is not practicable. Accordingly,

IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following documents **UNDER RESTRICTION** at **LEVEL 1**:[1] Defendant Ricoh's Opposition to BIAX's Motion to Compel Discovery and accompanying Exhibits C, D, E, F, H, I, J, and L located at Docket No. 355; and Plaintiff BIAX's Opposition to Ricoh's Motion to Compel Compliance by BIAX with the Court's Order (Dkt. No. 304) Regarding Interrogatory Responses and accompanying Exhibits 1-2 and 9-14 located at Docket No. 360.

IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following documents **UNDER RESTRICTION** at **LEVEL 2**:[2] Defendant HP's Response and accompanying Exhibits 2, 3, 4, 5, 6, 7 and 8 located at Docket No. 361.

Dated: July 10, 2012

---

[1] Level 1 limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2B.5.

[2] Level 2 limits access to the documents to the filing party and the Court. *See* D.C.COLO.LCivR 7.2B.5.