IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA SOLUTIONS, INC., et al.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Stipulated Motion to Dismiss Brother Defendants With Prejudice [Docket No. 352] filed by plaintiff and defendants Brother International Corporation and Brother Industries, Ltd. ("the Brother defendants") on July 3, 2012.  Although plaintiff and the Brother defendants indicate that certain defendants oppose the dismissal of the Brother defendants with prejudice, *see* Docket No. 352 at 2, ¶ 4, no such defendant has responded to the present motion and specified the basis of its opposition.  The Court being apprised of the motion's premises, it is

    **ORDERED** that the Stipulated Motion to Dismiss Brother Defendants With Prejudice [Docket No. 352] is GRANTED.  Plaintiff's claims against defendants Brother International Corporation and Brother Industries, Ltd. are dismissed in their entirety with prejudice, with each party to bear its own fees and costs.

    DATED July 30, 2012.