IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03013-PAB-KLM

BIAX CORPORATION,

      Plaintiff/Counterclaim Defendant,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

      Defendants/Counterclaimants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiff's Motion for Leave** [Docket No. 374; Filed August 10, 2012] and **Motion to Compel** [Docket No. 375; Filed August 10, 2012] (collectively, the "Motions").  In light of the filing of amended Motions at Docket Nos. 380 and 381 in response to the Court's Order entered August 15, 2012 [#377],

      IT IS HEREBY **ORDERED** that the Motions [## 374, 375] are **DENIED AS MOOT**.

      Dated:  August 17, 2012