IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03013-PAB-KLM

BIAX CORPORATION,

       Plaintiff/Counterclaim Defendant,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

       Defendants/Counterclaimants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Joint Status Report [Docket No. 388; Filed August 22, 2012].  The Court has reviewed the Joint Status Report and the entire case file, and orders as follows.

IT IS HEREBY **ORDERED** that any parties seeking a settlement conference facilitated by the undersigned shall conference together and call Chambers on a single line at (303) 335-2770 on or before **August 31, 2012**, to schedule a settlement conference. *See Order of Reference*, [#19] (granting authority to convene settlement conferences). Any settlement conference (before the undersigned or by a private mediator) shall occur before **October 24, 2012**.

IT IS FURTHER **ORDERED** that Plaintiff shall supplement its infringement contentions to further explain how the accused products satisfy the shared access properties of the asserted claims of the patents-in-suit on or before **September 17, 2012**.

IT IS FURTHER **ORDERED** that any remaining fact and expert discovery is temporarily **STAYED**.  A case management conference is hereby scheduled for **October 24, 2012**, at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The parties shall be prepared to discuss case scheduling and the continued bifurcation of this matter at that time.  *See Ord.*, [#280].

IT IS FURTHER **ORDERED** that the pending discovery motions located at Docket Nos. 334, 337, 341, 343, 380, and 381 are **DENIED WITHOUT PREJUDICE**.

Dated:  August 23, 2012