IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, LLC,
HEWLETT-PACKARD COMPANY,
RICOH AMERICAS CORPORATION, and
RICOH COMPANY, LTD.,

    Defendants.

_____

## ORDER
_____

This matter comes before the Court on the Stipulated Motion to Dismiss Ricoh Americas Corporation and Ricoh Company, Ltd. With Prejudice [Docket No. 418]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss Ricoh Americas Corporation and Ricoh Company, Ltd. With Prejudice [Docket No. 418] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted by plaintiff against Ricoh Americas Corporation and Ricoh Company, Ltd. and all counterclaims of Ricoh Americas Corporation and Ricoh Company, Ltd. against plaintiff are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED December 6, 2012.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge