IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, LLC,
HEWLETT-PACKARD COMPANY,

    Defendants.

_____

**ORDER**
_____

This matter comes before the Court on the Joint Motion to Dismiss With Prejudice [Docket No. 434] filed by plaintiff BIAX Corporation and defendant Hewlett-Packard Company.  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Joint Motion to Dismiss With Prejudice [Docket No. 434] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims and counterclaims asserted by BIAX Corporation and Hewlett-Packard Company against each other are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 8, 2013.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge