IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
HEWLETT-PACKARD COMPANY, and

    Defendants/Counterclaimants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Withdraw As Counsel for Defendant Motorola Mobility, Inc.** [Docket No. 441; Filed May 21, 2013] (the "Motion") filed by Attorney Leo L. Lam ("Lam")[1], counsel for Defendant Motorola Mobility, Inc.[2]

    IT IS HEREBY **ORDERED** that the Motion [#441] is **GRANTED**. Attorney Lam is relieved of any further representation of Defendant Motorola Mobility, Inc. in this case. The Clerk of the Court is instructed to terminate Attorney Lam as counsel of record, and to remove his name from the electronic certificate of mailing. Defendant Motorola Mobility, Inc. shall continue to be represented by Attorneys Ian L. Saffer, Matias Ferrario, and Bonnie Marie Grant.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall update the docket to reflect this Court's Order [#394] which granted Motorola Mobility, Inc.'s Unopposed Motion to Substitute Party [#392].

    Dated: May 22, 2013

---

[1] The Motion is filed on behalf of Lam, Paula Blizzard, and Matthias Kamber, however, only Lam has entered an appearance in this matter.

[2] The Motion notes that "Motorola Mobility LLC has been substituted for Motorola Mobility, Inc." but that "due to an apparent oversight" the docket has not been updated. *Motion* [#441] at 1 n.1.