IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-03013-PAB-KLM

BIAX CORPORATION,

    Plaintiff,

v.

MOTOROLA SOLUTIONS, INC. and
MOTOROLA MOBILITY, LLC,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the Joint Motion to Dismiss Motorola Mobility, LLC and Motorola Solutions, Inc. [Docket No. 457]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Joint Motion to Dismiss Motorola Mobility, LLC and Motorola Solutions, Inc. [Docket No. 457] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 17, 2013.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge